Case 1:13-cv-07639-LTS   Document 6-2   Filed 11/15/13   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **NOV 1 9 2013**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Vantone Group Limited
Liability Company         Plaintiff,

-against-

Yangpu NGT Industrial CO, Ltd,
et al                     Defendant.

13 cv 7639   (   )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Thomas D. Foster__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__California__; and that his/her contact information is as follows

(please print):

Applicant's Name: __Thomas D. Foster__

Firm Name: __TDFoster - Intellectual Property Law__

Address: __11622 El Camino Real, Suite 100__

City / State / Zip: __San Diego, CA 92130__

Telephone / Fax: __858.922.2170/888.757.3817__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__The Vantone Group Limited Liability Company__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. *This order resolves docket entry no. 6*

Dated: 11/18/13

United States District / ~~Magistrate~~ Judge