AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Vantone Group Limited Liability Company, <br> *Plaintiff* <br> v. <br> YANGPU NGT INDUSTRIAL CO., LTD. et al. <br> *Defendant* | ) ) ) ) ) ) ) Case No. 13 CIV 7639 (LTS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLEASE SEE ATTACHED LIST

Date: 12/4/2013

*Attorney's signature*

John M. Griem, Jr., Esq. JG2609
*Printed name and bar number*

Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072

*Address*

griem@clm.com
*E-mail address*

(212) 732-3200
*Telephone number*

(212) 732-3232
*FAX number*

China Center New York LLC, Vantone Property NY LLC, Vantone Residences LLC, Vamerica Fund LLC, Vantone US LLC n/k/a Vamerica LLC, and Vantone US Inc.

7322369.1