# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

| | | |
|---|---|---|
| **John M. Griem, Jr.**<br>Partner<br>•<br>*Direct Dial: 212-238-8659*<br>*E-mail: griem@clm.com* | 2 *Wall Street*<br>*New York, NY 10005-2072*<br>•<br>*Tel (212) 732-3200*<br>*Fax (212) 732-3232* | *570 Lexington Avenue*<br>*New York, NY 10022-6856*<br>*(212) 371-2720* |

December 4, 2013

**BY FAX AND ECF**

Honorable Judge Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: The Vantone Group LLC v. Yangpu NGT Industrial Co. Ltd. et. al., <u>No. 13 CIV 7639 (LTS)</u>

Dear Judge Swain:

  This firm represents Defendants China Center New York LLC, Vantone Property NY LLC, Vantone Residences LLC, Vamerica Fund LLC, Vantone US LLC n/k/a Vamerica LLC, and Vantone US Inc. (the "Vantone US Defendants") in the above referenced action. Certain of the Vantone US Defendants' time to respond to Plaintiff Vantone Group LLC's First Amended Complaint (the "Complaint") expires on December 5, 2013. Plaintiff has agreed to extend all of the Vantone US Defendants' time to respond to the complaint until December 18, 2013. This is the Vantone US Defendants' first request for an extension.

                  Respectfully Submitted,

                  John M. Griem, Jr., Esq.

cc (by fax): Wirtz Law APC
       Richard M. Wirtz, Esq. (*Pro Hac Vice*)
       3111 Camino del Rio North, Suite 310
       San Diego, CA 92108
       Tel: (858) 259-5009
       Fax: (858) 259-6008

7322252.2

Judge Swain -2-

  TDFoster – Intellectual Property Law
  Thomas D. Foster, Esq. (*Pro Hac Vice*)
  11622 El Camino Real, Ste. 100
  San Diego, CA 92130
  Tel:  (858) 922-2170
  Fax:  (888) 757-3817

  *Attorneys for Plaintiff Vantone Group LLC*

7322252.2