DEC-04-2013 14:22 CLM 2127723232 P.02
Case 1:13-cv-07639-LTS Document 10 Filed 12/05/13 Page 1 of 1
Case 1:13-cv-07639-LTS Document 9 Filed 12/04/13 Page 1 of 2

# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

John M. Griem, Jr.
Partner

Direct Dial: 212-238-8659
E-mail: griem@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 5 2013

December 4, 2013

BY FAX AND ECF

**MEMO ENDORSED**

Honorable Judge Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: The Vantone Group LLC v. Yangpu NGT Industrial Co. Ltd. et. al., No. 13 CIV 7639 (LTS)

Dear Judge Swain:

This firm represents Defendants China Center New York LLC, Vantone Property NY LLC, Vantone Residences LLC, Vamerica Fund LLC, Vantone US LLC n/k/a Vamerica LLC, and Vantone US Inc. (the "Vantone US Defendants") in the above referenced action. Certain of the Vantone US Defendants' time to respond to Plaintiff Vantone Group LLC's First Amended Complaint (the "Complaint") expires on December 5, 2013. Plaintiff has agreed to extend all of the Vantone US Defendants' time to respond to the complaint until December 18, 2013. This is the Vantone US Defendants' first request for an extension.

Respectfully Submitted,

John M. Griem, Jr., Esq.

cc (by fax): Wirtz Law APC
Richard M. Wirtz, Esq. (*Pro Hac Vice*)
3111 Camino del Rio North, Suite 310
San Diego, CA 92108
Tel: (858) 259-5009
Fax: (858) 259-6008

The requested extension is granted. This resolves docket entry #9.
SO ORDERED.
12/5/13
LAURA TAYLOR SWAIN, U.S.D.J

7322252.2