**THE PORT AUTHORITY** OF NY & NJ

Darrell Buchbinder, General Counsel
*James M. Begley, Deputy General Counsel*

December 9, 2013

**VIA ECF**
Honorable Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New Y 10007

      Re:    The Vantone Group Limited Liability Company v. The Port Authority of New York and New Jersey, et als.
            Index No.: 13-CIV-7639

Dear Judge Swain:

     We represent The Port Authority of New York and New Jersey (hereinafter "Port Authority") and in compliance with Your Honor's Individual Practices, are requesting an extension of the time to answer the complaint from December 17, 2013 to January 11, 2014. We have obtained the consent of our adversary. No other requests for adjournments were previously requested.

                                                 Very truly yours,

                                                 Megan Lee, Esq.
                                                 Assistant General Counsel
                                                 Telephone No.: (212) 435-3435

cc:    Richard M. Wirtz, Esq.