UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE VANTONE GROUP LIMITED
LIABILITY COMPANY, a New York
Limited Liability Company                           Civil Action No. 13 CIV 7639

                      Plaintiff(s),

  -against-

YANGPU NGT INDUSTRIAL CO., LTD.
a China Corporation; ET AL.;                        **AFFIDAVIT OF SERVICE**

                      Defendant(s).
-------------------------------------------------------------X

STATE OF NEW YORK   )
                            s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 26th day of November, 2013, at approximately 2:35 p.m., deponent served a true copy of the **Summons in a Civil Action; First Amended Complaint; ECF Rules and Instructions; Rules of Judge Swain and the Initial Conference Order (dated November 04, 2013)** upon The Port Authority of New York & New Jersey at 225 Park Avenue South, 15th Floor, New York, New York 10003 by personally delivering and leaving the same with Jonathan Mendez, who stated that he is authorized to accept service on behalf of the defendant.

      Jonathan Mendez is an olive-skinned Hispanic male, approximately 26 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 150 pounds, with short black hair and dark eyes.

Sworn to before me this
27th day of November, 2013

BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014