UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE VANTONE GROUP LIMITED
LIABILITY COMPANY, a New York
Limited Liability Company,                              Civil Action No. 13-civ-7639

                        Plaintiff(s),

   -against-

YANGPU NGT INDUSTRIAL CO., LTD.;
ET AL.,
                                                 **AFFIDAVIT OF SERVICE**

                        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                           s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 14th day of November, 2013, at approximately 11:40 a.m., deponent served a true copy of the **Summons in a Civil Action; First Amended Complaint; ECF Rules and Instructions; Rules of Judge Swain and the Initial Conference Order (dated November 04, 2013)** upon Vantone Residence, LLC c/o China Center, NY, LLC at 250 Greenwich Street, #33-F, New York, New York 10005 by personally delivering and leaving the same with Melissa Liu, Marketing Specialist, who stated that she is authorized to accept service.
      Melissa Liu is an olive-skinned Asian female, approximately 33 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 120 pounds, with long black hair and dark eyes and was wearing glasses.

Sworn to before me this
27th day of November, 2013

                                                   BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014