RICHARD M. WIRTZ, ESQ. (SBN 137812) / WIRTZ LAW
4365 EXECUTIVE DRIVE, SUITE 1460
SAN DIEGO  CA  92121
858-259-5009
Attorney for :  THE VANTONE GROUP LIMITED ETC.

Ref. No.      : 0698362-02
Atty. File No.: 13-CIV-7639

UNITED STATES DISTRICT COURT
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF    :  THE VANTONE GROUP LIMITED ETC.
DEFENDANT :  YANGPU NGT INDUSTRIAL CO., ET AL.

Case No.: 13-CIV-7639

**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

3. a. Party served    :    VANTONE INTERNATIONAL GROUP, INC., A NEVADA CORPORATION
                             CSC SERVICES OF NEVADA, INC.
   b. Person served  :         FRANCIS GUTTIEREZ, PROCESS SPECIALIST
                             (AGENT FOR CSC SERVICES OF NEVADA, INC.)

4. Address where the party was served  2215-B RENAISSANCE DRIVE
                                        LAS VEGAS, NV  89119

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  November 19, 2013   (2) at: 02:54 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    VANTONE INTERNATIONAL GROUP, INC., A NEVADA CORPORATION
                       CSC SERVICES OF NEVADA, INC.
   under [xx] CCP 416.10    (corporation)

7. **Person who served papers**
   a. JACK RILEY
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee for service: $185.15
   e. I am:
      (3) a registered California process server
         (i)  an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 22, 2013

Signature: _____SEE ATTACHED NOTARIZED AFFIDAVIT_____
                JACK RILEY

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

# Affidavit of Process Server

UNITED STATES DISTRICT COURT, SOUTHERN JUDICIAL DISTRICT
(NAME OF COURT)

THE VANTONE GROUP LIMITED ETC. vs YANGPU NGT INDUSTRIAL CO., et al   13-CIV-7639
PLAINTIFF/PETITIONER                  DEFENDANT/RESPONDENT                  CASE NUMBER

I, JACK RILEY, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served VANTONE INTERNATIONAL GROUP, INC., a Nevada corporation/CSC SERVICES OF NEVADA, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT

by leaving with FRANCIS GUTTIEREZ          PROCESS SPECIALIST   At
                  NAME                        RELATIONSHIP

☐ Residence _____
              ADDRESS                  CITY / STATE

☑ Business 2215-B RENAISSANCE DRIVE      LAS VEGAS/NV 89119
              ADDRESS                  CITY / STATE

On NOVEMBER 19, 2013         AT 2:54PM
     DATE                       TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                   DATE
from _____
     CITY       STATE       ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                   DATE   TIME        DATE   TIME
(3) _____ (4) _____ (5) _____
    DATE   TIME        DATE   TIME        DATE   TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 2 day of December, 2013, by Jack Riley
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
REBECCA GODWIN
No: 10-1790-1
My Appointment Expires March 24, 2014

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Nevada



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS