Swain, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE VANTONE GROUP LIMITED LIABILITY COMPANY<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>YANGPU NGT INDUSTRIAL CO., LTD; VANTONE HOLDINGS CO., LTD; CHINA CENTER NEW YORK LLC; VANTONE REALTY CORPORATION; VANTONE HOLDINGS, LTD; VANTONE PROPERTY NY LLC; VANTONE RESIDENCES LLC; VANTONE US LLC; VANTONE US INC.; BEIJING VANTONE REAL ESTATE CO. LTD; BEIJING VANTONE ZHENGQI INVESTMENT MANAGEMENT COMPANY; HAINAN VANTONE YUFENG INVESTMENT CO., LTD; VAMERICA LLC; VAMERICA FUND LLC; DURST ORGANIZATION INC; 1 WORLD TRADE CENTER LLC; THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; VANTONE INDUSTRIAL CO, LTD; BEIJING VANTONE INDUSTRY COMPANY; VANTONE INTERNATIONAL HOLDINGS; VANTONE INTERNATIONAL, LLC; VANTONE INTERNATIONAL GROUP, INC.; FENG LUNC; JONATHAN HEATH; and DOES 1-10.<br><br>　　　　　　　　Defendants. | Case No. 1:13-cv-7639 (LTS)<br><br> |

### STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS DURST ORGANIZATION INC AND WTC TOWER 1 LLC TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT

Plaintiff The Vantone Group Limited Liability Company and Defendants Durst

Organization Inc and WTC Tower 1 LLC (sued herein as "World Trade Center LLC") (the

6584612v.1

"Stipulating Defendants"), by and through their undersigned counsel, hereby stipulate to extend the date by which the Stipulating Defendants must answer or otherwise respond to the First Amended Complaint from December 11, 2013 to January 11, 2014.

There has been no previous request for an extension.

WHEREFORE, the undersigned parties agree, subject to the approval of the Court, that the deadline for the Stipulating Defendants to serve and file papers answering or otherwise responding to the First Amended Complaint is extended to January 11, 2014.

IT IS SO ORDERED this 11th day of December, 2013.

Honorable Laura Taylor Swain
United States District Court Judge

SO STIPULATED this 10th day of December, 2013.

| WIRTZ LAW APC | PATTERSON BELKNAP WEBB & TYLER LLP |
|---|---|
| *Attorney for Plaintiff The Vantone Group Limited Liability Company* | *Attorneys for Defendants Durst Organization Inc and WTC Tower 1 LLC (s/h/a "1 World Trade Center LLC")* |
| Richard M. Wirtz<br>4365 Executive Drive, Suite 1460<br>San Diego, CA 92121<br>Tel: 858-259-5009<br>Fax: 858-259-6008<br>rwirtz@wirtzlaw.com | Robert P. LoBue<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Tel: 212-336-2000<br>Fax: 212-336-2222<br>rplobue@pbwt.com |