1  Richard M. Wirtz (SBN 137812)(*pro hac vice*)
   email: rwirtz@wirtzlaw.com
2  Erin K. Barns (SBN 286865)(*Pro hac vice*)
   email: ebarns@wirtzlaw.com
3  W I R T Z   L A W  APC
   4365 Executive Drive, Suite 1460
4  San Diego, California 92121
   voice:      858.259.5009
5

6  Attorneys for Plaintiff THE VANTONE GROUP
   LIMITED LIABILITY COMPANY
7

8

9                  **UNITED STATES DISTRICT COURT**

10               **SOUTHERN DISTRICT OF NEW YORK**

11

| | |
|---|---|
| THE VANTONE GROUP LIMITED LIABILITY COMPANY, a New York Limited Liability Company,<br><br>            Plaintiff,<br><br>v.<br><br>YANGPU NGT INDUSTRIAL CO., LTD, a China Corporation; VANTONE HOLDINGS CO., LTD., a China Corporation; CHINA CENTER NEW YORK LLC, a Delaware Limited Liability; VANTONE REALTY CORPORATION, a Texas corporation; VANTONE HOLDINGS, LTD, an entity of unknown form and origin; VANTONE PROPERTY NY LLC, a New York limited liability company; VANTONE RESIDENCES LLC, a New York limited liability company; VANTONE US LLC, an entity of unknown form and origin; VANTONE US INC., a Delaware corporation BEIJING VANTONE REAL ESTATE CO., LTD, an entity of unknown form and origin; BEIJING VANTONE ZHENGQI INVESTMENT MANAGEMENT COMPANY, an entity of unknown form and origin; HAINAN VANTONE YUFENG INVESTMENT CO., LTD, an entity of unknown form and origin; | Case Number: 13-CIV-7639<br><br>**SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**1.    Trademark Infringement (15 U.S.C. § 1114)**<br>**2.    False Designation of Origin (15 U.S.C. § 1125(A))**<br>**3.    Cybersquatting (15 U.S.C. § 1125(d))**<br>**4.    Cancellation of Federal Registration (15 U.S.C. §1064)**<br>**5.    Infringement under NY Law (N.Y. Gen. Bus. Law § 360-k)**<br>**6.    Injury to Business Reputation and Dilution under NY Law (N.Y. Gen. Bus. Law § 360-l)**<br>**7.    Deceptive Business Acts or Practices (N.Y. Gen. Bus. Law § 349)**<br>**8.    False Advertising (N.Y. Gen. Bus. Law § 350)**<br>**9.    Use of Name with Intent to Deceive (N.Y. Gen. Bus. Law §  133)**<br>**10.   Common Law Passing Off and Unfair Competition**<br>**11.   Unjust Enrichment**<br>**12.   Declaratory Relief**<br><br>**(DEMAND FOR JURY TRIAL)** |

VAMERICA LLC, a Delaware limited liability company; VAMERICA FUND LCC, a Delaware limited liability company;
DURST ORGANIZATION INC, an entity of unknown form and origin;
1 WORLD TRADE CENTER LLC, a Delaware limited liability company;
THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, an entity of unknown form and origin;
VANTONE INDUSTRIAL CO., LTD, an entity of unknown form and origin;
BEIJING VANTONE INDUSTRY COMPANY; an entity of unknown form and origin;
VANTONE INTERNATIONAL HOLDINGS, a California corporation;
VANTONE INTERNATIONAL, LLC, a Delaware limited liability company;
VANTONE INTERNATIONAL GROUP, INC., a Nevada corporation;
FENG LUN, an individual;
JONATHAN HEATH, an individual; and DOES 1-10, inclusive.

    Defendants.

Plaintiff THE VANTONE GROUP LIMITED LIABILITY COMPANY ("Vantone" or "Plaintiff") alleges as follows:

1.    Vantone is the record owner of the federally registered trademark THE VANTONE GROUP for Real Estate Brokerage services (Reg. No. 3,856,724)("the '724 registration"). A true and correct copy of the Registration Certificate for the '724 Registration is attached as **Exhibit 1**.

2.    Vantone is also the record owner of the federally registered trademark THE VANTONE GROUP for financial and investment services, namely, management and brokerage in the fields of stocks, bonds, options, commodities, futures and other securities, and the investment of funds of others (Reg. No. 4,238,285)("the '285 Registration"). A true and correct copy of the Registration Certificate for the '285 Registration is attached as **Exhibit 2**.

3.    On May 7, 2012, Vantone applied for registration of the Chinese character transliteration of its federally registered trademarks THE VANTONE GROUP (App.

No. 85618998)("the '998 Application"). A true and correct copy of the trademark application for the '998 Application is attached as **Exhibit 3**.

4.     Vantone is also the record owner of the New York State Service Mark THE VANTONE GROUP for real estate brokerage services (Reg. No. S21282)("the 'NY Service Mark").  A true and correct copy of the New York State Department of State Certificate of Service Mark Registration for the NY Service Mark is attached as **Exhibit 4**.

5.     This action arises from Defendants' unauthorized use of marks for competing real estate and financial services which are identical and/or confusingly similar to Plaintiff's federally registered trademarks, from Defendants' registration of several domains incorporating Plaintiff's English trademarks, and from Defendants' registration of two Chinese character marks which wholly incorporate the Chinese translation and/or transliteration of the dominant portion of Plaintiff's federally registered trademarks.

6.     By using a trade name and trademark that is identical and/or confusingly similar to Plaintiff's trademarks or the dominant portion thereof, Defendants have caused and are likely to continue to cause confusion between Plaintiff's and Defendants' competing real estate and financial and investment services. Consequently, Plaintiff seeks injunctive relief and damages under the federal Lanham Act (15 U.S.C. §§ 1051 *et. seq.*).

## I.

## JURISDICTION

7.     The Court has personal jurisdiction over Defendants because, on information and belief, Defendants have maintained minimum contacts with the state of New York.  Defendants have continuously and systematically marketed their infringing real estate and financial services in New York.  Because these actions form the basis of Plaintiff's action, there is also specific jurisdiction.

8.     This Court has subject matter jurisdiction over this matter pursuant to 15

WIRTZ LAW APC
TRIAL ATTORNEYS
Business | Real Estate | Employment | Intellectual Property
4365 Executive Drive, Suite 1460
San Diego, CA 92130
858.259.5009
6413 S. San Vicente, Suite 350
Los Angeles, A 90048
310.226.5151

U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338, and 1367. Plaintiff's claims are based on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq*. The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1332, 1338(b), and 1367.

9.      Venue lies in the Southern District of New York pursuant to 28 U.S.C. § 1391(b) and (c). Plaintiff is informed and believes that Defendants have transacted business in this judicial district, and a substantial part of the events, omissions, and injuries giving rise to Plaintiff's claims occurred in this judicial district.

## II.

## THE PARTIES

10.     Plaintiff THE VANTONE GROUP LIMITED LIABILITY COMPANY is a New York Limited Liability Company doing business at 410 Park Avenue 15th Floor, New York NY 10022. Vantone provides high end real estate brokerage services in New York City. Vantone is one of the preeminent real estate companies in New York City. Vantone was formed as New York State limited liability company on April 18, 2007. It has been licensed in the State of New York as a real estate brokerage since at least January 8, 2008. A true and correct copy of Plaintiff's brokerage license is attached as **Exhibit 5**.

11.     On information and belief, Defendant YANGPU NGT INDUSTRIAL CO., LTD ("Yangpu") is a Chinese company whose principle place of business is at No. 236 Zhonghang Building YangpuGuandhua Co. Hainan China. Plaintiff is also informed and believes that Yangpu maintains an office at 7 World Trade Center, 33/F, 250 Greenwich Street, New York, New York 10007. Yangpu is the named applicant on the now abandoned trademark application nos. 85208425 ("the '425 application") and 85326938 ("the '938 application") for VANTONE, which applications Yangpu abandoned after Plaintiff opposed their registration based on the fact that they wholly incorporated the dominant portion of Plaintiff's federally registered marks. Yangpu is the owner of federal trademark registration nos. 4230555 ("the '555 registration"),

4234787 ("the '787 registration"), and 4,339,146 ("the '146 registration") for three Chinese character marks. Yangpu is also the named applicant on trademark application nos. 85593012 ("the '012 application"), 85593004 ("the '004 application"), 85592987 ("the '987 application"), 85592980 ("the '980 application"), 85592976 ("the '976 application"), 85592974 ("the '974 application") (collectively "the Vamerica applications"), for the English word VAMERICA and Chinese characters. On information and belief Defendant YANGPU NGT INDUSTRIAL CO., LTD is doing business in New York, including real estate and financial services.

12. On information and belief, Defendant VANTONE HOLDINGS CO., LTD. ("Holdings Co.") is a Chinese company doing business at B-8, Vantone New World Plaza, #2, Fuchengmenwai Street, Xicheng District, Beijing, China. On information and belief, Holdings Co. is an entity doing business in New York City. On information and belief, VANTONE HOLDINGS CO. LTD. is the head of the "Vantone" entity/joint venture which is structured as a network of shell companies and operates as one entity. On information and belief, VANTONE HOLDINGS CO. LTD. used to be named BEIJING VANTONE INDUSTRIAL CO. LTD until the name was changed in 2010. On information and belief, VANTONE HOLDINGS CO. LTD. is currently the sole shareholder of Defendant VANTONE US INC., which is in turn the sole member of Defendant VAMERICA LLC, which is in turn the sole member of Defendant CHINA CENTER NEW YORK LLC. VANTONE HOLDINGS CO. LTD. is the alter ego of these entities. On information and belief, Holdings Co. has, in its own right and/or in the name of an affiliate/subsidiary, leased space in One World Trade Center for its "China Center" project, and has invested in joint ventures in at least two residential projects in New York City. On information and belief Defendant VANTONE HOLDINGS CO., LTD is in the business of real estate development and real estate fund management, real estate property management and real estate financing. On information and belief, Defendant VANTONE HOLDING CO., LTD's investment management wing includes its subsidiary Defendant BEIJING VANTONE ZHENGQI

INVESTMENT MANAGEMENT COMPANY. On information and belief, Defendant VANTONE HOLDINGS CO., LTD does not separate any results for its investment vehicles from its total earnings.

13.    On information and belief, Defendant CHINA CENTER NEW YORK LLC ("China Center LLC"), is a Delaware Limited Liability and subsidiary and alter ego of Defendant Holdings Co.  China Center LLC has leased space in One World Trade Center for its "China Center" project.  On information and belief, China Center LLC and/or its affiliates which make up the single entity/joint venture call China Center LLC and/or its project the "Vantone China Center." On information and belief, China Center LLC, through its Director of Strategic Partnerships and Programs, Yan Tai, registered www.vantoneusinc.com and www.vantoneusllc.com.  On information and belief Defendant CHINA CENTER NEW YORK LLC maintains a marketing office at 7 World Trade Center, 33th flr, New York, NY 10007, and is doing business in New York, including real estate and financial services including specifically advertising, promoting and acquiring contracts for the "China Center" aka "Vantone China Center" to be opened at 1 World Trade Center.

14.    On information and belief, Defendant VANTONE REALTY CORPORATION, is a Texas corporation, claiming a business location at 12520 Al Westheimer #139, Houston, Texas 77077, and is an affiliated, related, parent or subsidiary company of one or more of the other Defendants, and by that relationship is, on information and belief, doing business in New York, and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark.  Defendant VANTONE REALTY CORPORATION is also known as VANTONE REALTY CORP.  On or about May 5, 2012, Defendant VANTONE REALTY CORPORATION filed Form S-1 with the United States Securities and Exchange Commission to become a publicly traded company.  An individual named Tian Su Hua purports to be the President, Principal Executive Officer, Principal Financial Officer, Principal Accounting Officer,

WIRTZ LAW APC
TRIAL ATTORNEYS
Business | Real Estate | Employment | Intellectual Property
4365 Executive Drive, Suite 1460
San Diego, CA 92130
858.259.5009
6401 S. San Vicente, Suite 350
Los Angeles, A 90048
310.226.5151

Secretary, Treasurer and sole member of the Board of Directors for Defendant VANTONE REALTY CORPORATION.

15.     On information and belief, Defendant VANTONE HOLDINGS, LTD is a British Virgin Islands Company, doing business in New York, including owning of real estate, and is an affiliated, related, parent or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark.  On information and belief, VANTONE HOLDINGS LTD is the sole member of Defendant Vantone Residences LLC and Vantone Properties NY LLC and is the alter ego of both of these entities.  On information and belief, VANTONE HOLDINGS LTD was at one time the sole member of Defendant China Center LLC.  On information and belief, VANTONE HOLDINGS LTD's sole member is Defendant Feng Lun.

16.     On information and belief, Defendant VANTONE PROPERTY NY LLC is a New York limited liability company, whose registered agent is Defendant China Center New York LLC, and is doing business in New York at 7 World Trade Center 33/F, 250 Greenwich Street, New York, NY 10007, including owning of real estate, and is an affiliated, related, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, VANTONE PROPERTY NY LLC's sole member is VANTONE HOLDING LTD, was at one time Defendant China Center LLC and it has no employees, no separate office, and is merely a shell holding company.   On information and belief, its managers are or have been Zhu Ye (aka Daniel Zhu) and Xue Ya.

17.     On information and belief, Defendant VANTONE RESIDENCES LLC is a New York limited liability company, whose registered agent is Defendant China Center New York LLC, and is doing business in New York at 7 World Trade Center

33/F, 250 Greenwich Street, New York, NY 10007, including owning of real estate, and is an affiliated, related, parent or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, VANTONE RESIDENCES LLC's sole member is VANTONE HOLDING LTD, was at one time Defendant China Center LLC and it has no employees, no separate office, and is merely a shell holding company. On information and belief, its managers are or have been Zhong Dongdong and Xue Ya.

18. On information and belief Defendant VANTONE US LLC is a Delaware limited liability, doing business in New York, including owning of real estate at One Battery Park Plaza, 5F, New York, NY 10004 (where, on information and belief, it maintains, or has maintained, an office), and other places, and is an affiliated, related, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, in 2010 Defendant VANTONE US LLC was granted an interest in both 1 World Trade Center and 7 World Trade Center from Defendant CHINA CENTER NEW YORK LLC. On information and belief Defendant VANTONE US LLC is now known as Defendant VAMERICA LLC. On information and belief, VAMERICA LLC's sole member is Defendant VANTONE US INC and it is itself the sole member of Defendant China Center LLC.

19. On information and belief Defendant VANTONE US INC. is a Delaware corporation, doing business at 250 Greenwich Street, 33/F New York, NY 10007 and other places, and is an affiliated, related, parent or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, VANTONE US INC's sole shareholder is Defendant VANTONE HOLDINGS CO. LTD f/k/a Beijing

Vantone Industrial Co. Ltd. On information and belief, VANTONE US INC. is the sole member of VAMERICA LLC f/k/a VANTONE US LLC.

20. On information and belief Defendant BEIJING VANTONE REAL ESTATE CO., LTD is a Chinese corporation, doing business in New York, and is an affiliated, related, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, Defendant BEIJING VANTONE REAL ESTATE CO., LTD built/is building the Vantone China Center for Defendants in the 1 World Trade Center Building. On information and belief, BEIJING VANTONE REAL ESTATE CO LTD's majority shareholder is Defendant VANTONE HOLDING CO LTD. On information and belief, BEIJING VANTONE REAL ESTATE CO LTD has conducted presentations and produced and distributed brochures advertising and promoting the China Center project under the "Vantone" mark. On information and belief, BEIJING VANTONE REAL ESTATE CO LTD negotiated the lease for both 7 and 1 World Trade Center, which leases were eventually consummated in the name of affiliate/shell entity China Center LLC. On information and belief, BEIJING VANTONE REAL ESTATE CO LTD paid for the tenant improvements at 7 World Trade Center and is paying for the tenant improvements at 1 World Trade Center. On information and belief, BEIJING VANTONE REAL ESTATE CO LTD, on behalf of VANTONE HOLDINGS CO LTD directs all activities of all affiliates in the United States, including Defendant China Center LLC, Vantone US Inc, Vamerica LLC f/k/a Vantone US LLC, Vamerica Fund LLC, Vantone Residences LLC, and Vantone Properties NY LLC.

21. On information and belief Defendant BEIJING VANTONE ZHENGQI INVESTMENT MANAGEMENT COMPANY, is an entity of unknown form and origin, doing business in New York, and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the

infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief Defendant BEIJING VANTONE ZHENGQI INVESTMENT MANAGEMENT COMPANY, is the investment management wing of Defendant VANTONE HOLDINGS CO., LTD.

22. On information and belief Defendant HAINAN VANTONE YUFENG INVESTMENT CO. LTD is an entity of unknown form and origin, doing business in New York, and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief Defendant HAINAN VANTONE YUFENG INVESTMENT CO. LTD is doing business in New York, including real estate and financial services.

23. On information and belief Defendant VAMERICA LLC is a Delaware limited liability company, doing business in New York, located at 250 Greenwich Street, 33/F, New York, NY 1007, and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants (100% owned by Defendant VANTONE US INC) and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, Defendant VAMERICA LLC is a New York-based international real estate investment arm of Defendant VANTONE HOLDINGS CO., LTD., and Defendant VAMERICA LLC's operations include direct investment, fund management and consulting services in real estate, and on behalf of Defendant VANTONE HOLDINGS CO., LTD, Defendant VAMERICA oversees the development and operations of its "Vantone" China Center New York project with a total investment of $80 million and is the sole member of China Center LLC. Defendant VAMERICA also operates a portfolio of real estate funds, and, provides real estate advisory services to Defendant VANTONE HOLDINGS CO., LTD, and/or their affiliates, related entities and subsidiaries. On information and belief, Defendant

VAMERICA, LLC was previously known as Defendant VANTONE US LLC.

24.     On information and belief Defendant VAMERICA FUND LLC is a Delaware limited liability company, doing business in New York, and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief Defendant VAMERICA FUND LLC is doing business in New York, including real estate and financial services.   On information and belief, VAMERICA FUND LLC advertised and promoted its services at the China-US Investment summit in connection with the "Vantone" mark.

25.     On information and belief Defendant DURST ORGANIZATION INC is an New York Corporation with an address at One Bryant Park New York, NY 10036 and is the US partner of Defendant VANTONE HOLDING CO., LTD, in multiple real estate projects, including one at 855 Sixth Avenue.  In addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark.

26.     On information and belief Defendant 1 WORLD TRADE CENTER LLC, is a Delaware limited liability company and is the landlord to Defendant China CENTER NEW YORK LLC and by virtue of the lease and permission granted therein to Defendants to infringe on Plaintiff's mark THE VANTONE GROUP is directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief Defendant VANTONE INTERNATIONAL HOLDINGS is doing business in New York, including real estate and financial services.

27.     On information and belief Defendant THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY is an entity of unknown form and origin and is the sole member of Defendant 1 WORLD TRADE CENTER LLC, the landlord to Defendant China CENTER NEW YORK LLC and by virtue of the lease and permission granted

therein to Defendants to infringe on Plaintiff's mark THE VANTONE GROUP is directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, Defendant THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY has issued at least 32 separate press releases identifying Defendants' commercial use of Plaintiff's mark THE VANTONE GROUP. On information and belief Defendant VANTONE INTERNATIONAL HOLDINGS is doing business in New York, including real estate and financial services.

28. On information and belief Defendant VANTONE INDUSTRIAL CO., LTD is an entity of unknown form and origin and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, Defendant VANTONE INDUSTRIAL CO., LTD leased space in the 1 World Trade Center building in or about 2009. On information and belief Defendant VANTONE INTERNATIONAL HOLDINGS is doing business in New York, including real estate and financial services.

29. On information and belief Defendant BEIJING VANTONE INDUSTRY COMPANY is an entity of unknown form and origin and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief, Defendant BEIJING INDUSTRY CO., LTD leased space in the 1 World Trade Center building.

30. [Omitted per Dkt. # 85]

31. On information and belief Defendant VANTONE INTERNATIONAL, LLC is a Delaware limited liability company and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants and in addition to directly

WIRTZ LAW APC
TRIAL ATTORNEYS
Business | Real Estate | Employment | Intellectual Property
4365 Executive Drive, Suite 1460
San Diego, CA 92130
858.259.5009
6401 S. San Vicente, Suite 350
Los Angeles, CA 90048
310.226.5151

infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief Defendant VANTONE INTERNATIONAL HOLDINGS is doing business in New York, including real estate and financial services.

32.    On information and belief Defendant VANTONE INTERNATIONAL, GROUP, INC. is a Nevada Corporation with a business address at 195 Zhongshan Road, Heping District, Shenyang, and is an affiliated, related,parent, or subsidiary company of one or more of the other Defendants and in addition to directly infringing Plaintiff's THE VANTONE GROUP mark, and is also aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. On information and belief Defendant VANTONE INTERNATIONAL, GROUP, INC. is doing business in New York, including real estate and financial services.

33.    On information and belief, Defendant FENG LUN, is an individual, and sole owner of Defendant Yangpu, chairman and managing member of Defendant China Center LLC, chairman of Defendant VANTONE HOLDINGS CO., LTD, sole member and chairman of Defendant VANTONE HOLDINGS LTD, president and chairman of VANTONE US INC and other Defendants (See Exhibit 6, Pg. 25), and chairman of VANTONE US LLC n/k/a VAMERICA LLC. FENG LUN is the signatory on all of Defendant Yangpu's trademark applications (including those containing fraudulent specimens–See ¶80) and on the lease for 7 World Trade Center. Since 2003 Defendant FENG LUN has been to New York over 50 times. On information and belief Defendant FENG LUN controlled and directed each of the Defendants, and was the moving, active, conscious force behind and the principal architect of the infringing acts alleged in this complaint and is aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark. Defendant FENG LUN's published goal is to establish the VANTONE brand name for Defendants with commercial real estate projects. FENG LUN has given many interviews advertising and promoting the China Center project in connection with the "Vantone" mark, including interviews in which he propogates

WIRTZ LAW APC
TRIAL ATTORNEYS
Business | Real Estate | Employment | Intellectual Property
4365 Executive Drive, Suite 1460
San Diego, CA 92130
858.259.5009
6413. San Vicente, Suite 350
Los Angeles, A 90048
310.226.5151

the belief that "Vantone" leased space in 1 World Trade Center and that the China Center is a "Vantone" project. FENG LUN signed a mass mailing letter advertising and promoting the China Center project in connection with the "Vantone" mark.

34. On information and belief, Defendant JONATHAN HEATH, is an individual, and CEO of Defendant China Center LLC. On information and belief Defendant JONATHAN HEATH controlled and directed Defendant CHINA CENTER LLC, including the infringing acts alleged in this complaint and is aiding and abetting the infringement of Plaintiff's THE VANTONE GROUP mark.

35. Plaintiff is ignorant of the true names of defendants named as DOES 1-10 and thus names said defendants fictitiously. These fictitious defendants include, but are not limited to, any subsidiaries and/or parent companies of Defendants of which Plaintiff is ignorant and which have participated and/or are participating in the acts of trademark infringement and unfair competition alleged herein. Plaintiff will amend its complaint to substitute the true names of DOES 1-10 as those names are discovered.

36. Plaintiff is informed and believes and thereon alleges that at all times mentioned herein each of the Defendants was the agent and employee of each of the remaining Defendants and, in doing the things hereinafter alleged, was acting within the course and scope of such agency and employment

### III.

### BACKGROUND

37. Vantone is one of the preeminent real estate companies in New York City. Vantone's founder, Leonardo Gianella, began preparing to use the name "The Vantone Group" in 2006, when on April 13, 2006, he registered www.vantonegroup.com, and www.vantonerealestate.com. Vantone was formed as New York State limited liability company on April 18, 2007, its date of first use in commerce. It has been licensed in the State of New York as a real estate brokerage since at least January 8, 2008.

38. A large portion of Vantone's client base are Chinese nationals. Therefore, at least as early as May 6, 2012, Plaintiff began to market itself to these Chinese

WIRTZ LAW APC
TRIAL ATTORNEYS
Business | Real Estate | Employment | Intellectual Property
4365 Executive Drive, Suite 1460
San Diego, CA 92130
858.259.5009
6415 San Vicente, Suite 350
Los Angeles, CA 90048
310.226.5151

nationals by offering its website in both English and Chinese and using a Chinese character translation of it's THE VANTONE GROUP mark: 万通集团 .

39.     Vantone is the record owner of the federally registered trademark THE VANTONE GROUP for Real Estate Brokerage services (Reg. No. 3,856,724)("the '724 registration"), registered on October 5, 2010.

40.     Vantone is also the record owner of the federally registered trademark THE VANTONE GROUP for financial and investment services, namely, management and brokerage in the fields of stocks, bonds, options, commodities, futures and other securities, and the investment of funds of others (Reg. No. 4,238,285)("the '285 registration"). Vantone filed its application for registration on January 7, 2011. Though the mark was eventually successfully registered on November 6, 2012, Plaintiff received an office action dated March 29, 2011, which brought to Plaintiff's attention, Defendant Yangpu's '425 application.

41.     Plaintiff learned that, on December 31, 2010 , Defendant Yangpu filed the '425 application for registration of VANTONE for various services on an intent to use basis.  The '425 application was published for opposition on January 10, 2012.

42.     In addition, on May 22, 2011, Defendant Yangpu filed the '938 application for registration of VANTONE for other various services on an intent to use basis.  The '938 application was published for opposition on January 3, 2012.

43.     Plaintiff opposed the '425 and '938 applications (oppositions no. 91203415 and 91203526) on January 18, 2012, by filing notices of opposition.  Yangpu's deadline to answer Plaintiff's opposition was February 21, 2012. On February 24, 2012, Yangpu filed an abandonment of its applications with prejudice, and without Plaintiff's consent. Pursuant to Trademark Rule 2.135, judgment was therefore entered against Yangpu by the Trademark Trial and Appeal Board, Plaintiff's opposition was sustained, and registration of the two marks was refused.

44.     On March 1, 2012, Plaintiff wrote to Yangpu, demanding that Yangpu expressly abandon its three applications for the following Chinese character marks:

a.    Registration No. 4,230,555 ("the '555 registration"): 万通地产 . In its application, Yangpu claimed that its Chinese character mark transliterates to to "WAN TONG Di Chan" and which according to Yangpu means "ten thousand," "through" and "real estate" in English.  Yangpu's Chinese character mark is registered in connection with:

> IC 036 - Leasing of real estate; Real estate agencies; Real estate brokerage; Real estate services, namely, rental, brokerage, leasing and management of commercial property, offices and office space; Real estate appraisal; Real estate management; Apartment house management; Renting of apartments; Leasing of apartments; Accommodation bureaux (sic), namely, rental of apartments; Rental of offices; Leasing of farms; Art appraisal; Surety services; Charitable fund raising; Pawn brokerage; Pawn shops.

Yangpu initially filed on an intent to use basis.  Its date of effective first use is the date of filing of the application, December 31, 2010.  The mark was registered on October 23, 2012.

b.    Registration No. 4,234,787 ("the '787 registration"): 万通.  In it's application, Yangpu claimed that Chinese character mark transliterated to "WAN TONG" and which according to Respondent means "ten thousand" and "through." Yangpu's Chinese character mark is registered in connection with:

> IC 039 - Air freight shipping services; arranging of tours; car parking; car rental; courier services; freight and transport brokerage; freight forwarding; freight transportation by truck, train, air and ship; furniture moving; moving company services; moving van transport; organisation (sic) of sight seeing tours; passenger transport; postal, freight and courier services; rental of warehouses; storage of goods; transport services, namely, local, interstate and international moving services; transportation of goods; travel and tour ticket reservation service; vehicle and boat moving services; warehouse storage; water supplying.

> IC 041 - Amusement parks; arranging and conducting educational conferences; education services in the nature of courses at the university level; education services in the nature of early childhood instruction; educational services, namely, conducting distance learning instruction at the primary and secondary levels; educational services, namely, conducting distance learning instruction at the secondary, college and graduate levels; educational services, namely, providing internships and exchange programs in the fields of business, science, research, and humanities; entertainment event booking agencies; entertainment information; health club services, namely, providing instruction and equipment in the field of physical exercise; holiday camp services; organisation of fashion shows for entertainment purposes; organisation of sports competitions; organization of shows for cultural purposes;

organizing on-line exhibitions and conferences in the fields of education, culture, sports and entertainment for non-business and non-commercial purposes; physical education services; providing amusement arcade services; providing golf facilities; providing sports facilities; rental of skindiving equipment; rental of tennis courts; social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members; sports camp services.

IC 042 - Architectural consultation; computer hardware and software consulting services; computer programming; computer software consultancy; computer software design; construction drafting; consulting in the fields of engineering and architecture; consulting services in the fields of energy measurement to improve energy efficiency; design of interior decor; engineering; engineering services, particularly technical project planning and design engineering of lines for the processing of web products; land surveying; packaging design; rental of computer software; research and development for new products for others; scientific research and development; surveying; technical advice relating to operation of computers; technical consultancy in relation to research services relating to foods and dietary supplements; technical consultancy in relation to technical research in the field of food and beverages; technical consultancy in the field of environmental science; technical research in thefield of aeronautics; technology consultation services in the field of alternative energy, namely, gasifying and combusting alternative fuels; urban planning.

IC 043 - Agency services for the reservation of temporary accommodation; bar services; boarding houses; cafes; canteen services; catering of food and drinks; hotel accommodation services; hotels; leasing of metal and non-metal buildings for temporary use purposes; motels; providing campground facilities; providing temporary lodging at holiday camps; rental of portable buildings; rental of rooms as temporary living accommodations; restaurants; snack-bars; tourist homes.

IC 044 - Animal breeding; animal grooming; beauty salons; gardener and gardening services; health spa services for health and wellness of the body and spirit offered at a health resort; healthcare; hospitals; landscape design; landscape gardening; medical assistance services; nursing care; nursing services; opticians' services; psychological assessment services; psychological consultation; psychological counseling; psychological testing services; psychotherapy services; rental of sanitation facilities; rest homes; veterinary services.

Its date of effective first use is the date of filing of the application, May 22, 2011. The mark was registered on October 30, 2012.

c. Registration No. 4,339,146 ("the '146 registration"): 万通 . In it's application, Yangpu claimed that Chinese character mark transliterated to "WAN TONG" and which according to Respondent means "ten thousand" and "through." Yangpu's Chinese character mark is registered in connection with:

IC 036. US 100 101 102. G & S: Leasing of real estate; Real estate

WIRTZ LAW APC

TRIAL ATTORNEYS

Business | Real Estate | Employment | Intellectual Property

4365 Executive Drive, Suite 1460
San Diego, CA 92130
858.259.5009

6415 S. San Vicente, Suite 350
Los Angeles, CA 90048
310.226.5151

agencies; Real estate brokerage; Real estate services, namely, rental, brokerage, leasing and management of commercial property, offices and office space; Real estate appraisal; Real estate management; Apartment house management; Renting of apartments; Leasing of apartments; Accommodation bureaux, namely, rental of apartments; Rental of offices; Leasing of farms; Capital investments services, namely, equity capital investment, investment funding, venture capital fund management, venture capital services, namely, providing financing to emerging and start-up companies; Art appraisal; Surety services; Charitable fund raising; Pawn brokerage; Pawn shops.

Its date of effective first use is the date of filing of the application, December 31, 2010. The mark was registered on May 21, 2013.

45.     Defendant Yangpu refused to either discontinue its use of the three marks, or to expressly abandon its applications. The times for opposition having passed, the three applications proceeded to registration on October 23, 2012, October 30, 2012, and May 21, 2013, respectively.

46.     On May 7, 2012, Plaintiff filed an application for registration of its aforementioned (¶3) Chinese Character translation of THE VANTONE GROUP ("'998 Application"). However, on September 5, 2012, Plaintiff received an office action informing it that Plaintiff's application would be denied due to likelihood of confusion with Defendant Yangpu's pending Chinese character applications.

47.     On February 4, 2013, Plaintiff filed for cancellation of Yangpu's '555 and '787 Chinese character marks citing both likelihood of confusion and, in its amended petition for cancellation, fraud on the Patent and Trademark Office. That action is still pending.

48.     To this day, Defendants continue to use both its infringing Chinese character marks, and a mark confusingly similar to Plaintiff's THE VANTONE GROUP marks. Specifically, Defendants have offered and are offering real estate and financial services in New York City. Defendants, under a variety of names including THE VANTONE GROUP mark are marketing their newest project–the "China Center" in One World Trade Center–as "Vantone China Center," which is part of a 20-year lease signed in 2009 for five-and-a-half floors of the first tower of the rebuilt World Trade Center, slated to open by 2014.

49. Plaintiff has recently learned that on April 9, 2012, Defendant Yangpu filed the Vamerica trademark applications for the English word VAMERICA below with the same infringing Chinese characters:



50. In addition, Defendants have registered several domains wholly incorporating the dominant portion of Plaintiff's English language trademarks, including: www.vantoneusinc.com, www.vantoneusinc.net, www.vantoneusllc.com, www.vantoneusllc.net, www.vantoneus.com, and www.vantoneus.net.

51. Finally, Plaintiff has discovered that on Defendants' website, www.vantone.com, Defendants have advertised one of their real estate projects and included a link designated "website:"–this hyperlink links to Plaintiff's website.

52. Defendants VANTONE HOLDINGS CO LTD, BEIJING VANTONE REAL ESTATE CO LTD, YANGPU NGT INDUSTRIAL CO LTD, VANTONE HOLDINGS LTD (a BVI company), VANTONE US INC, VAMERICA LLC f/k/a VANTONE US LLC, CHINA CENTER NY LLC, VANTONE RESIDENCES LLC, and VANTONE PROPERTY NY LLC are alter egos of each other operate as a joint and/or single enterprise and are in fact one entity. These entities have substantially identical management, the same business purpose (including and especially the "Vantone" China Center project), operate as one entity, utilize the same equipment and office space, target the same customers in a unified effort under the "Vantone" mark, are supervised by VANTONE HOLDINGS CO LTD, through BEIJING VANTONE REAL ESTATE CO LTD, and are generally wholly owned by each other. Ownership and employees of each shell entity shifts freely between other shell entities. On information and belief, VANTONE HOLDINGS LTD (a BVI company), VANTONE US INC, VAMERICA LLC f/k/a VANTONE US LLC, CHINA CENTER NY LLC, VANTONE RESIDENCES LLC, and VANTONE PROPERTY NY LLC do not follow corporate formalities, are inadequately capitalized, and have their expenses paid for by

VANTONE HOLDINGS CO LTD and/or BEIJING VANTONE REAL ESTATE CO LTD. VANTONE RESIDENCES LLC, VANTONE PROPERTY NY LLC, and (on information and belief)VANTONE HOLDINGS LTD (a BVI company) have no employees. Employees float between VANTONE US INC, VAMERICA LLC f/k/a VANTONE US LLC and CHINA CENTER NY LLC, and (at least in the case of management employees) are sent from VANTONE HOLDINGS CO LTD and BEIJING VANTONE REAL ESTATE CO LTD. As a result of this constant shifting of ownership, capital, employees, responsibilities, and even names, the recognition of these shell entities are separate entities would perpetrate a fraud and injustice. Attached as **Exhibit 8** are charts either produced by Defendants or displayed on their website(s) which demonstrate the affiliations between the various entities.

### **FIRST CLAIM FOR RELIEF**

**Trademark Infringement**

**(15 U.S.C. § 1114)**

**Against All Defendants**

53. Plaintiff realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

54. Defendants are using the THE VANTONE GROUP mark, or the predominate VANTONE portion of it, and/or Chinese character marks which are phonetically confusingly similar to Plaintiff's VANTONE mark (including the Vamerica marks) in connection with the sale, offering for sale, distribution, and/or advertising of real estate services in such a manner as to cause actual confusion, as is likely to cause confusion, or to cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

55. Although Defendants in their trademark applications claim that the Chinese characters 万通 transliterate to "Wan Tong," they in fact translate to "Vantone." Defendant Beijing Vantone Real Estate Co., Ltd., a subsdiary of Vantone Holdings Co., Ltd. which is itself owned by Defendant Feng Lun, Defendant Yangpu, and Defendant

Hainan Vantone Yufeng Investment Co. Ltd, in its 2012 annual report, admits that these characters translate and transliterate to "Vantone" in English. A true and correct copy of this annual report is attached as **Exhibit 6**.

56.    Defendants had actual notice and knowledge, and/or had constructive notice, of Plaintiff's ownership and registration of THE VANTONE GROUP trademarks prior to Defendants' adoption and use of their "Vantone" and/or Chinese character marks in the United States. Plaintiff's '724 trademark has been federally registered since October 5, 2010. Defendant Vantone did not file it's earliest applications for registration of "Vantone" or the Chinese character translation and/or transliteration thereof (both on an intent to use basis) until December 31, 2010. Defendants therefore did not begin to use their confusingly similar marks until after they had notice of Plaintiff's federally registered THE VANTONE GROUP trademark. Since that time, Defendants have engaged in an aggressive campaign to market their services under the name "Vantone."

57.    Defendants' use of marks confusingly similar to Plaintiff's THE VANTONE GROUP trademarks is without the consent of Plaintiff.

58.    Defendants' unauthorized use of marks confusingly similar to Plaintiff's THE VANTONE GROUP falsely indicates to consumers that Defendants' services are in some manner connected with, sponsored by, affiliated with, or related to Plaintiff.

59.    Defendants' unauthorized use of marks confusingly similar to Plaintiff's THE VANTONE GROUP is likely to cause, and has in fact caused consumers to be confused as to the source, nature, and quality of the goods Plaintiff offers.

60.    Plaintiff has been, is now, and will be irreparably injured and damaged by Defendants' trademark infringement. In addition to Plaintiff's commissions which have been and will be diverted to Defendant as a result of consumer confusion, Plaintiff's trademark serves a unique function in representing intangible assets of Plaintiff such as its reputation and good will. Unless enjoined by the Court, Plaintiff will suffer further harm to its reputation, and goodwill each and every day that Defendants continue to use

WIRTZ LAW APC
TRIAL ATTORNEYS
Business | Real Estate | Employment | Intellectual Property
4365 Executive Drive, Suite 1460     6413 S. San Vicente, Suite 350
San Diego, CA 92130                  Los Angeles, A 90048
858.259.5009                         310.226.5151

VANTONE and the confusingly similar Chinese character marks in connection with the sale, offering for sale, distribution, and/or advertising of their competing services. The past, present, and in particular future harm to Plaintiff's reputation and good will is difficult to value and therefore constitutes an injury for which Plaintiff has no adequate remedy at law.

61.     By reason of the foregoing, Defendants have committed and are continuing to commit trademark infringement in violation of 15 U.S.C. §1114. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled, pursuant to 15 U.S.C. §1117(a), to recovery of: (i) Defendants' profits related to all uses of any mark confusingly similar to Plaintiff's THE VANTONE GROUP trademark; (ii) any damages sustained by Plaintiff as a result of Defendants' conduct, the precise amount of which shall be established by Plaintiff at trial; and (iii) the costs of the action herein.

62.     Plaintiff is also entitled to the recovery of its attorney's fees to 15 U.S.C. §1117.

63.     Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further use of any mark confusingly similar to Plaintiff's THE VANTONE GROUP trademark, or any iterations and transliterations thereof, in connection with the sale, offering for sale, distribution and/or advertising of any real estate and financial services, without Plaintiff's express written consent in advance.

## SECOND CLAIM FOR RELIEF

### False Designation of Origin

### (15 U.S.C. § 1125(a))

### Against All Defendants

64.     Plaintiff realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

65.     Defendants' use of their "Vantone" and/or Chinese character marks (including the Vamerica marks) is likely to cause confusion, to cause mistake, and/or to deceive as to Defendants affiliation, connection, or association with Plaintiff, and/or

as to the origin, sponsorship, or approval of Defendants' product(s) by Plaintiff and constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

66. Plaintiff has been, is now, and will be irreparably injured and damaged by Defendants' trademark infringement. In addition to Plaintiff's commissions which have been and will be diverted to Defendant as a result of consumer confusion, Plaintiff's trademark serves a unique function in representing intangible assets of Plaintiff such as its reputation and good will. Unless enjoined by the Court, Plaintiff will suffer further harm to its reputation, and goodwill each and every day that Defendants continue to use VANTONE and the confusingly similar Chinese character marks in connection with the sale, offering for sale, distribution, and/or advertising of their competing services. The past, present, and in particular future harm to Plaintiff's reputation and good will is difficult to value and therefore constitutes an injury for which Plaintiff has no adequate remedy at law.

67. By reason of the foregoing, Defendants have committed and are continuing to commit trademark infringement in violation of 15 U.S.C. §1114. As a direct and proximate result of Defendants' conduct, Plaintiff is entitled, pursuant to 15 U.S.C. §1117(a), to recovery of: (i) Defendants' profits related to all uses of any mark confusingly similar to Plaintiff's THE VANTONE GROUP trademark; (ii) any damages sustained by Plaintiff as a result of Defendants' conduct, the precise amount of which shall be established by Plaintiff at trial; and (iii) the costs of the action herein.

68. In addition, Plaintiff is entitled to the recovery of its attorney's fees pursuant to 15 U.S.C. §1117.

69. Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further use of any mark confusingly similar to Plaintiff's THE VANTONE GROUP trademark, or any iterations thereof, in connection with the sale, offering for sale, distribution and/or advertising of any real estate services, without Plaintiff's express written consent in advance.

## THIRD CLAIM FOR RELIEF

**Cybersquatting**

**(15 U.S.C. § 1125(d))**

**Against All Defendants**

70.     Plaintiff realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

71.     Plaintiff registered the domain www.vantonegroup.com on April 13, 2006.

72.     Defendants have registered the domain names www.vantoneusinc.com, www.vantoneusinc.net, www.vantoneusllc.com, www.vantoneusllc.net, www.vantoneus.com, and www.vantoneus.net which are confusingly similar to THE VANTONE GROUP trademarks and constitutes cybersquatting under 15 U.S.C. § 1125(d).

73.     Defendants were aware of THE VANTONE GROUP trademarks prior to registering these domains.  Defendants' cybersquatting is willful and deliberate.  On or about October 14, 2012, Plaintiff notified Defendants that their registration of these domain names constitutes cyber-squatting.

74.     Plaintiff is entitled to statutory damages up to $100,000 per domain. Alternatively, Plaintiff is entitled to actual damages should actual damages exceed statute limits.

75.     In addition as a result of Defendants' willful and deliberate violation of 15 U.S.C. §1125(d), Plaintiff is entitled to the recovery of its attorney's fees.

76.     Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further use of  www.vantoneusinc.com, www.vantoneusinc.net, www.vantoneusllc.com, www.vantoneusllc.net, www.vantoneus.com, and www.vantoneus.net and requests that the Court transfer the domain names to the Plaintiff.

**FOURTH CLAIM FOR RELIEF**

**Cancellation of Fed. Reg. Nos. 4,230,555, 4,234,787, and 4,339,146**

**(15 U.S.C. §1064)**

WIRTZ LAW APC

TRIAL ATTORNEYS

Business | Real Estate | Employment | Intellectual Property

4365 Executive Drive, Suite 1460
San Diego, CA 92130
858.259.5009

6405 S. San Vicente, Suite 350
Los Angeles, CA 90048
310.226.5151

**Against Defendant Yangpu**

77. Plaintiff realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

78. Defendant Yangpu claims ownership of Registration Nos. 4,230,555, 4,234,787, and 4,339,146 for three Chinese character marks. These Chinese character marks all incorporate the following characters: 万通. Defendant's registrations claim that these characters transliterate to "WAN TONG" and means "ten thousand" and "through." This is false. These characters in fact translate to VANTONE. Technically, these characters transliterate to Wàn tōng, however, when said aloud by native speakers of Chinese, they are pronounced VANTONE. This is because there is no 'V' in the Chinese language ('W' is the closest sound), and tōng is pronounced "tone," with the 'g' sound being virtually silent.

79. These registrations are therefore identical to, or, in the case of the '555 Registration wholly incorporate, the dominant VANTONE part of Plaintiff's trademark in both sound and meaning in a manner which is likely to cause confusion to consumers of Plaintiff's and Defendants' real estate services, and in particular to those consumers who are Chinese nationals.

80. In addition, the '787 registration was accomplished through a fraud on the USPTO. Attached as **Exhibit 7** is a declaration by attorney Steven Shanker, stating that the specimen filed by Defendants in the prosecution of the '787 registration is in fact a screen-shot of Shanker's client's website, digitally altered.

81. Pursuant to the Lanham Act, the Court has jurisdiction to order the USPTO to make appropriate entries on the Federal Register with respect to the subject marks, and to cancel these marks due to the likelihood of confusion with Plaintiff's previously registered THE VANTONE GROUP marks.

**FIFTH CLAIM FOR RELIEF**

**Infringement under NY Law**

**(N.Y. Gen. Bus. Law § 360-k)**

**Against All Defendants**

82.     The Vantone Group realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

83.     Vantone is the record owner of the New York State Service Mark THE VANTONE GROUP for real estate brokerage services (Reg. No. S21282)("the 'NY Service Mark")

84.     Defendants' unauthorized use of THE VANTONE GROUP  trade name and trademark, and colorable imitations thereof in connection with the sale, offering for sale, or advertising of its services is likely to cause confusion or mistake or to deceive as to the source or origin of its services in violation of New York Gen. Bus. Law § 360-k.

85.     Upon information and belief, Defendants' infringement has been in bad faith with knowledge of The Vantone Group's rights.

86.     The Vantone Group has been, is now, and will be irreparably injured and damaged by Defendants' aforementioned acts, and unless enjoined by the Court, The Vantone Group will suffer further harm to its name, reputation, and goodwill.  This harm constitutes an injury for which The Vantone Group has no adequate remedy at law.

87.     Defendants have committed the acts alleged above: (i) with previous knowledge of Plaintiff's prior right to and use of the trademark; (ii) with the willful intent to trade on Plaintiff's good will and reputation; and (iii) with the willful intent to cause confusion, mistake, or deception.   As a result, Plaintiff is entitled to: (i) Defendants' profits related to all uses of The Vantone Group mark, and all iterations thereof; (ii) any damages sustained by Plaintiff as a result of Defendants' conduct, the precise amount of which shall be established by Plaintiff at trial; and (iii) the costs of the action herein.

88.     In addition, Plaintiff is entitled to the recovery of its attorney's fees, and treble damages.

89.     Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further use of the The Vantone Group mark, or any iterations thereof, in connection with the advertising, marketing, promotion, sale and rendering of professional legal services, without Plaintiff's express written consent in advance.

## SIXTH CLAIM FOR RELIEF

**Injury to Business Reputation and Dilution under New York Law**

**(N.Y. Gen. Bus. Law § 360-l)**

**Against All Defendants**

90.     The Vantone Group realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point

91.     Defendants' unauthorized use of THE VANTONE GROUP name and trademark is likely to injure Plaintiff's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of THE VANTONE GROUP mark and trade name in violation of N.Y. Gen. Bus. Law § 360-l.

92.     Defendants willfully intended to trade on THE VANTONE GROUP's image and reputation and to dilute THE VANTONE GROUP trademark, or were willfully blind as to the consequences of their actions.

93.     Defendants' wrongful acts have caused and will continue to cause THE VANTONE GROUP irreparable harm.  THE VANTONE GROUP has no adequate remedy at law for Defendants' dilution.

94.     THE VANTONE GROUP is therefore entitled to a judgment enjoining and restraining Defendants from engaging in further acts of dilution pursuant to N.Y. Gen. Bus. Law § 360-l.

95.     Defendants have committed the acts alleged above: (i) with previous knowledge of Plaintiff's prior right to and use of the trademark; (ii) with the willful intent to trade on Plaintiff's good will and reputation; and (iii) with the willful intent to cause confusion, mistake, or deception.  As a result, Plaintiff is entitled to: (i) Defendants' profits related to all uses of THE VANTONE GROUP mark, and all

iterations thereof; (ii) any damages sustained by Plaintiff as a result of Defendants' conduct, the precise amount of which shall be established by Plaintiff at trial; and (iii) the costs of the action herein.

96.    In addition, Plaintiff is entitled to the recovery of its attorney's fees, and treble damages.

97.    Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further use of the THE VANTONE GROUP mark, or any iterations thereof, in connection with the advertising, marketing, promotion, sale and rendering of professional legal services, without Plaintiff's express written consent in advance.

## SEVENTH CLAIM FOR RELIEF

### Deceptive Business Acts or Practices

### (N.Y. Gen. Bus. Law § 349)

### Against All Defendants

98.    The Vantone Group realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

99.    Defendants' acts described above constitute deceptive acts or practices in the conduct of a business, trade or commerce and/or in the furnishing of services in violation of N.Y. Gen. Bus. Law § 349, as they are likely to deceive the public.

100.    Defendants' deceptive business acts and/or practices have caused and will continue to cause The Vantone Group irreparable harm.

101.    In addition to its actual damages, The Vantone Group is entitled to a judgment enjoining and restraining Defendants from engaging in further deceptive business acts and/or practices. Plaintiff seeks a preliminary and permanent injunction to prohibit Defendants from any further use of the The Vantone Group mark, or any iterations thereof, in connection with the advertising, marketing, promotion, sale and rendering of real estate services, without Plaintiff's express written consent in advance.

102.    Defendants have committed the acts alleged above willfully and knowingly

WIRTZ LAW APC
TRIAL ATTORNEYS
Business | Real Estate | Employment | Intellectual Property
4365 Executive Drive, Suite 1460
San Diego, CA 92121
858.259.5009
6415 S. San Vicente, Suite 350
Los Angeles, CA 90048
310.226.5151

and: (i) with previous knowledge of Plaintiff's prior right to and use of the trademark; (ii) with the willful intent to trade on Plaintiff's good will and reputation; and (iii) with the willful intent to cause confusion, mistake, or deception. As a result, Plaintiff is entitled to treble damages.

103.   In addition, Plaintiff is entitled to the recovery of its attorney's fees, and any penalties for which the law provides.

## EIGHTH CLAIM FOR RELIEF

### False Advertising

### (N.Y. Gen. Bus. Law § 350)

### Against All Defendants

104.   The Vantone Group realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

105.   Defendants' unauthorized use of The Vantone Group trade name and trademark in its advertising constitutes false advertising in violation of N.Y. Gen. Bus. Law § 350.

106.   Defendants' wrongful acts have caused and will continue to cause The Vantone Group irreparable harm. The Vantone Group has no adequate remedy at law.

107.   The Vantone Group is entitled to a judgment enjoining and restraining Defendants from engaging in further acts of false advertising.

108.   Defendants have committed the acts alleged above: (i) with previous knowledge of Plaintiff's prior right to and use of the trademark; (ii) with the willful intent to trade on Plaintiff's good will and reputation; and (iii) with the willful intent to cause confusion, mistake, or deception. As a result, Plaintiff is entitled to:   (i) Defendants' profits related to all uses of The Vantone Group mark, and all iterations thereof; (ii) any damages sustained by Plaintiff as a result of Defendants' conduct, the precise amount of which shall be established by Plaintiff at trial; and (iii) the costs of the action herein.

109.   In addition, Plaintiff is entitled to the recovery of its attorney's fees, and

treble damages.

110.   Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further use of the The Vantone Group mark, or any iterations thereof, in connection with the advertising, marketing, promotion, sale and rendering of professional legal services, without Plaintiff's express written consent in advance.

### NINTH CLAIM FOR RELIEF

**Use of Name with Intent to Deceive**

**(N.Y. Gen. Bus. Law §133)**

**Against All Defendants**

111.   The Vantone Group realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

112.   Defendants' use of VANTONE as and/or as part of its trade name is likely deceive or mislead the public as to Defendants' identity and/or Defendants' connection with Plaintiff, in violation of N.Y. Gen. Bus. Law § 133.

113.   Defendants' deceptive business acts and/or practices have caused and will continue to cause The Vantone Group irreparable harm.

114.   As a result of Defendants' violaiton of N.Y. Gen. Bus. Law § 133, The Vantone Group is entitled to a judgment enjoining and restraining Defendants from engaging in further use of VANTONE as, or as part of, their trade name. Plaintiff seeks a preliminary and permanent injunction to prohibit Defendants from any further use of the The Vantone Group mark, or any iterations thereof, in connection with the advertising, marketing, promotion, sale and rendering of real estate services, without Plaintiff's express written consent in advance.

### EIGHTH CLAIM FOR RELIEF

**Unjust Enrichment**

**Against All Defendants**

115.   The Vantone Group realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

116.   As a result of the wrongful acts of Defendants, as alleged above, Defendants have been unjustly enriched and benefitted. Such unjust enrichment and benefits include, but are not limited to the amount of Defendants' revenues and profits attributable to the use of The Vantone Group mark, and all iterations thereof.

117.   Defendants are under an obligation to pay Plaintiff, forthwith, the entire amount by which it has been unjustly enriched, and Plaintiff is entitled to the imposition of a constructive trust, such that Defendants are each involuntary trustees holding all such sums in its possession for the benefit of Plaintiff with a duty to transfer the same to Plaintiff forthwith.

118.   Plaintiff also seeks a preliminary and permanent injunction to prohibit Defendants from any further use of the The Vantone Group mark, or any iterations thereof, in connection with the advertising, marketing, promotion, sale and rendering of professional legal services, without Plaintiff's express written consent in advance.

## TENTH CLAIM FOR RELIEF

### Declaratory Relief

### Against All Defendants

119.   The Vantone Group realleges and incorporates by reference each of the foregoing material allegations as though set forth in full at this point.

120.   A dispute exists between Plaintiff and Defendants concerning whether Defendants' use of Plaintiff's mark THE VANTONE GROUP (and/or the dominant portion thereof) and/or Defendants' Chinese character marks, is infringing use or is "part of a factually correct identification of a corporate relationship" as claimed by Defendants.

121.   Plaintiffs claim that Defendants are using the mark in connection with the distribution of goods and services to third parties and in other ways that infringe upon Plaintiffs' marks.

122.   Defendants claim that Defendants' use is not used in connection with the distribution of goods and services to third parties or in any other way that infringes

upon Plantiffs' marks because Defendants are using the marks to identify parent companies, affiliates, and subsidiaries in the United States that include the mark VANTONE in their names, but that are not in communication with customers in connection with the distribution of goods or services in commerce.

123.    Defendants also contend there is no actual confusion.

124.    There is an actual and substantial dispute between Plaintiff and Defendants arising under federal law which can only be resolved by judicial interpretation of the provisions of the trademark and unfair competition statutes of the United States.

125.    Plaintiff seeks a judicial declaration from the court that the acts of Defendants constitute infringement.

**WHEREFORE,** Plaintiff prays for relief as follows:

1.    Entry of an order and judgment requiring that Defendants and its officers, agents, servants, employees, owners and representatives, and all other persons, firms or corporations in active concert or participation with it, be enjoined and restrained from (a) using in any manner THE VANONE GROUP mark, or any name, mark, or domain name that wholly incorporates THE VANTONE GROUP mark or is confusingly similar to or a colorable imitation of this mark, including, without limitation, any trade name and trademark incorporating the term VANTONE; (b) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers or clients of The VANTONE Group's services, as to the source of the services offered for sale or sold, or likely to deceive members of the public, or prospective customers or clients into believing that there is some connection between Defendants' services and The VANTONE GROUP; and (c) committing any acts which will tarnish, blur, or dilute, or are likely to tarnish, blur, or dilute the distinctive quality of THE VANTONE GROUP mark;

2.    A judgment ordering Defendants, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon The Vantone Group within thirty (30) days after entry of the injunction, a report writing under oath setting forth in detail the manner and form

in which Defendants have complied with the injunction and ceased all services under THE VANTONE GROUP trade name and trademark as set forth above.

3. A judgment ordering Defendants to take all steps necessary to transfer the domain names www.vantoneusinc.com, www.vantoneusinc.net, www.vantoneusllc.com, www.vantoneusllc.net, www.vantoneus.com, and www.vantoneus.net to Plaintiff and to remove all references to THE VANTONE GROUP trade name and trademark from all of their other websites, if any.

5. A judgment in the amount of The Vantone Group'S actual damages, Defendants' profits, The Vantone Group's reasonable attorney's fees and cost of suit, and pre-judgment interest pursuant to 15 U.S.C. §1117.

6. A judgment for enhanced damages under 15 U.S.C. §1117 and punitive damages under state law as appropriate.

7. A judgment for statutory damages up to $100,000 per domain under 15 U.S.C. §1117(d) and attorney's fees.

8. A declaration from the Court that:

a. Trademark Registration No. 3,856,724 is valid and enforceable.

b. Trademark Registration No. 4,238,285 is valid and enforceable.

c. Defendants' use of VANTONE in connection with the sale, offering for sale, and/or advertising of services is likely to confuse consumers.

d. Defendants' use of the Chinese characters 万通 in connection with the sale, offering for sale, and/or advertising of services is likely to confuse consumers.

9. A judgment cancelling the '555, '787, and '146 marks.

10. A judgment granting The Vantone Group such other and further relief as the Court deems just and proper.

//
//
//

Respectfully Submitted,

DATED:     September 8, 2014     **WIRTZ LAW APC**

By: _____
Richard M. Wirtz
Attorney for Plaintiff

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

## The Vantone Group

**Reg. No. 3,856,724**

THE VANTONE GROUP, LLC (NEW YORK LIMITED LIABILITY COMPANY)
857 NINTH AVE #2B

**Registered Oct. 5, 2010**
NEW YORK, NY 10019

**Int. Cl.: 36**

FOR: REAL ESTATE BROKERAGE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

FIRST USE 4-13-2006; IN COMMERCE 4-18-2007.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GROUP", APART FROM THE MARK AS SHOWN.

SER. NO. 77-949,645, FILED 3-3-2010.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# EXHIBIT 2



# United States of America

## United States Patent and Trademark Office

# The Vantone Group

**Reg. No. 4,238,285**

**Registered Nov. 6, 2012**

THE VANTONE GROUP LLC (NEW YORK LIMITED LIABILITY COMPANY)
857 NINTH AVE #2B
NEW YORK, NY 10019

**Int. Cl.: 36**

FOR: FINANCIAL AND INVESTMENT SERVICES, NAMELY, MANAGEMENT AND BROKERAGE IN THE FIELDS OF STOCKS, BONDS, OPTIONS, COMMODITIES, FUTURES AND OTHER SECURITIES, AND THE INVESTMENT OF FUNDS OF OTHERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

**PRINCIPAL REGISTER**

FIRST USE 4-13-2006; IN COMMERCE 4-18-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,856,724.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GROUP", APART FROM THE MARK AS SHOWN.

SN 85-212,437, FILED 1-7-2011.

ANDREW RHIM, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# EXHIBIT 3

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85618998
### Filing Date: 05/07/2012

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85618998 |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT11\IMAGEOUT 11\856\189\85618998\xml1\APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| **\*DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of four Chinese characters. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 932 x 307 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | The Vantone Group, LLC |
| **\*STREET** | 857 Ninth Ave #2B |
| **\*CITY** | New York |
| **\*STATE (Required for U.S. applicants)** | New York |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE (Required for U.S. applicants only)** | 10019 |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | New York |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 036 |
| ***IDENTIFICATION** | Real Estate Brokerage |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 05/06/2012 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 05/06/2012 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-662712636-211628594_._Vantone_Group_-_CHINESE.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT11\IMAGEOUT11\856\189\85618998\xml1\APP0003.JPG |
| **ORIGINAL PDF FILE** | SPE0-662712636-211628594_._Vantone_Group_-_ENGLISH.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT11\IMAGEOUT11\856\189\85618998\xml1\APP0004.JPG |
| **SPECIMEN DESCRIPTION** | screen shots of the Chinese and English language pages of Applicant's website |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **DISCLAIMER** | No claim is made to the exclusive right to use GROUP apart from the mark as shown. |
| **PRIOR REGISTRATION(S)** | The applicant claims ownership of U.S. Registration Number(s) 3856724. |
| **TRANSLATION** | The English translation of the Chinese characters in the mark is THE VANTONE GROUP. |
| **TRANSLITERATION** | The non-Latin characters in the mark transliterate to Wàn Tong Jí Tuán and this means Ten Thousand Group in English. |
| **USE OF THE MARK IN ANOTHER FORM** | The mark was first used anywhere in a different form other than that sought to be registered at least as early as 04/13/2006, and in commerce at least as early as 04/18/2007. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Thomas D. Foster |
| **ATTORNEY DOCKET NUMBER** | 6470.009-01 |
| **FIRM NAME** | TDFoster - Intellectual Property Law |
| **STREET** | 12626 High Bluff Drive, Suite 150 |
| **CITY** | San Diego |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 92130 |
| **PHONE** | 858.922.2170 |
| **FAX** | 858.720.1990 |
| **EMAIL ADDRESS** | foster@tdfoster.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Thomas D. Foster |
| **FIRM NAME** | TDFoster - Intellectual Property Law |
| **STREET** | 12626 High Bluff Drive, Suite 150 |
| **CITY** | San Diego |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 92130 |
| **PHONE** | 858.922.2170 |
| **FAX** | 858.720.1990 |
| **EMAIL ADDRESS** | foster@tdfoster.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |

| *TOTAL FEE DUE | 325 |
|---|---|
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Leonardo Gianella/ |
| SIGNATORY'S NAME | Leonardo Gianella |
| SIGNATORY'S POSITION | Member Manager |
| DATE SIGNED | 05/07/2012 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85618998**
**Filing Date: 05/07/2012**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of four Chinese characters. The applicant, The Vantone Group, LLC, a limited liability company legally organized under the laws of New York, having an address of

857 Ninth Ave #2B
New York, New York 10019
United States


requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 036:  Real Estate Brokerage

In International Class 036, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/06/2012, and first used in commerce at least as early as 05/06/2012, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) screen shots of the Chinese and English language pages of Applicant's website.

**Original PDF file:**
SPE0-662712636-211628594_._Vantone_Group_-_CHINESE.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-662712636-211628594_._Vantone_Group_-_ENGLISH.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


No claim is made to the exclusive right to use GROUP apart from the mark as shown.

The applicant claims ownership of U.S. Registration Number(s) 3856724.

The English translation of the Chinese characters in the mark is THE VANTONE GROUP.

The non-Latin characters in the mark transliterate to Wàn Tong Jí Tuán and this means Ten Thousand Group in English.

The mark was first used anywhere in a different form other than that sought to be registered at least as early as 04/13/2006, and in commerce at least as early as 04/18/2007.

The applicant's current Attorney Information:
    Thomas D. Foster of TDFoster - Intellectual Property Law
    12626 High Bluff Drive, Suite 150
    San Diego, California 92130
    United States
The attorney docket/reference number is 6470.009-01.

 The applicant's current Correspondence Information:
    Thomas D. Foster

    TDFoster - Intellectual Property Law

    12626 High Bluff Drive, Suite 150

    San Diego, California 92130

    858.922.2170(phone)

    858.720.1990(fax)

    foster@tdfoster.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Leonardo Gianella/   Date: 05/07/2012
Signatory's Name: Leonardo Gianella
Signatory's Position: Member Manager
RAM Sale Number: 7079
RAM Accounting Date: 05/08/2012

Serial Number: 85618998
Internet Transmission Date: Mon May 07 22:08:49 EDT 2012
TEAS Stamp: USPTO/BAS-66.27.126.36-20120507220849324
366-85618998-490a275f019c4718a604deb7e39
50a22243-CC-7079-20120507211628594478

万通集团


Create a unique email address based on your domain!

**Turbo Charged Web Hosting!**
Plans from $4.99/mo! Free setup & Email
FREE live 24/7 Live Support!

**Build your Web site Online in Minutes!**
Includes FREE Hosting & Email!
Complete creative packages from $3.99/mo!

This page is hosted free, courtesy of GoDaddy.com®
Copyright © 2011 GoDaddy.com. All Rights Reserved.

Visit GoDaddy.com for the best values on: Domain names, Web hosting and more! See product catalog.

Domain names from $1.99





Create a unique email address based on your domain!

**Turbo Charged Web Hosting!**
Plans from $4.99/mo! Free setup & Email
FREE live 24/7 Live Support!

**Build your Web site Online in Minutes!**
Includes FREE Hosting & Email!
Complete creative packages from $3.99/mo!


This page is hosted free, courtesy of GoDaddy.com®
Copyright © 2011 GoDaddy.com. All Rights Reserved.

**Domain names from $1.99**
Visit GoDaddy.com for the best values on: Domain names, Web hosting and more! See product catalog.

# Vantone Group®
REAL ESTATE

English     中文版

▸▸Home   ▸▸About Us   ▸▸Development   ▸▸Asset Services



## Home

**We are a New York based Real Estate Brokerage and consulting company**

We provide investors with professional insights and advisory services to rapidly complete real estate transactions. We are widely recognized as one of the preeminent real estate companies in New York City.

We are known for developing quality working relationships with our clientele; relationships based on respect, integrity, and trust. The Vantone Group is proud to have developed beneficial relationships with lenders, inspectors, contractors, and a wide range of real estate professionals. Whether you are selling, purchasing or leasing we ensure that you have the support you need to make sound decisions and receive the best deal possible. We go the extra mile for you!

The agents at the Vantone Group take the time to listen to your needs. We work tirelessly to facilitate your goals without compromise. The Vantone Group is committed to treating every client as if they are our #1 priority.

If you are buying, selling, or looking to lease office space, we will be happy to speak with you.

**Vantone Group®**
410 Park Ave 15th Floor
New York NY 10022
Tel(212) 252-2157
Email: info@vantonegroup.com

The Vantone Group® is a licensed New York real estate broker

The Vantone Group LLC 万通集美 泛有限责任公司, 保留所有权利

# EXHIBIT 4

# New York State Department of State
## Certificate of Service Mark Registration

*I Daniel E. Shapiro, Special Deputy Secretary of State, do certify that the Service Mark described below and depicted on the attached copy has been duly registered in this Department pursuant to Article 24 of the General Business Law. This registration will remain in force for TEN years from the Date of Registration.*

| | | | |
|---|---|---|---|
| **Registration Number:** | S21282 | **Registration Date:** | 03/08/10 |

**Applicant:** **LEONARDO GIANELLA**
857 NINTH AVE. #2B
NEW YORK    NY    10019-

**State of Incorporation or Partnership Organization:** NEW YORK

**Class Numbers:** 35

| | | | |
|---|---|---|---|
| **Date First Used in NYS:** | 04/27/2007 | **Date First Used Anywhere:** | 04/13/2006 |

**Service Mark Description:**
The Vantone Group

**Description of Services:** Real Estate Brokerage Services

**WITNESS** my hand and the seal of the State of New York In the City of Albany on this:

**Wednesday, March 10, 2010**

by:



**Special Deputy Secretary of State**

*DOS-690 (Rev. 3/01)*

# EXHIBIT 5



STATE OF NEW YORK □ DEPARTMENT OF STATE
REAL ESTATE IDENTIFICATION CARD

**X** *Leonardo Gianella*

SIGNATURE OF PERSON TO WHOM LICENSE IS ISSUED

FOR OFFICE USE ONLY
CONTROL
NO.
506011

| EFFECTIVE DATE | EXPIRATION DATE | UNIQUE ID NUMBER |
|---|---|---|
| 01/08/08 | 01/08/10 | 49GI1176276 |

This certifies
the bearer to be
a duly licensed
REAL ESTATE

VANTONE GROUP LLC
410 PARK AVE 15TH FL
NEW YORK NY 10022

BROKER

GIANELLA LEONARDO

**2008 - 2010**

*State of New York*
## Department of State
### DIVISION OF LICENSING SERVICES

Be it known that, pursuant to the provisions of
Article 12A of the Real Property Law

FOR OFFICE USE ONLY
Control
No.     506011

UNIQUE ID NUMBER
49GI1176276

VANTONE GROUP LLC
410 PARK AVE 15TH FL
NEW YORK NY 10022

| EFFECTIVE DATE | | |
|---|---|---|
| MO. | DAY | YR. |
| 01 | 08 | 2008 |

| EXPIRATION DATE | | |
|---|---|---|
| MO. | DAY | YR. |
| 01 | 08 | 2010 |

HAS BEEN DULY LICENSED TO TRANSACT
BUSINESS AS A REAL ESTATE BROKER
AND TO BE REPRESENTED BY
GIANELLA LEONARDO

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

LORRAINE A CORTES-VAZQUEZ
SECRETARY OF STATE

DOS-104 (Rev. 4/03)



State of New York
# Department of State
## DIVISION OF LICENSING SERVICES

FOR OFFICE USE ONLY

Control No. 862151

12041-08

Be it known that, pursuant to the provisions of
Article 12A of the Real Property Law

UNIQUE ID NUMBER
49GI1176276

EFFECTIVE DATE
MO. 02 | DAY 10 | YR. 2012

VANTONE GROUP LLC
410 PARK AVE 15TH FL
NEW YORK NY 10022

EXPIRATION DATE
MO. 02 | DAY 09 | YR. 2014

HAS BEEN DULY LICENSED TO TRANSACT
BUSINESS AS A REAL ESTATE BROKER
AND TO BE REPRESENTED BY
GIANELLA LEONARDO

In Witness Whereof, The Department of State has caused
its official seal to be hereunto affixed.

CESAR A. PERALES
SECRETARY OF STATE

DOS-104 (Rev. 4/03)

# EXHIBIT 6

# Beijing Vantone Real Estate Co, Ltd.

## 600246

# 2012 ANNUAL REPORT

# IMPORTANT NOTICE

I.    The board of directors (the "Board"), the supervisory committee ("Supervisory Committee") and the directors ("Directors"), supervisors and senior management of Beijing Vantone Real Estate Co., Ltd. (the "Company") hereby confirms that this annual report contains no false representation, misleading information or material omissions, and jointly and severally accepts full responsibility for the truthfulness, accuracy and completeness of the contents of this annual report.

II.   All Directors attended the meeting

III.  Price Water House Coopers Zhong Tian CPAs Limited Company issued a standard unqualified Auditor's Report for the Company.

IV.   Mr. Xu Li, the legal representative of the Company, Ms. Xu Xiaoyang, the General Accountant, and Ms. Shi Ying, the Finance Manager, declared that they confirmed the truthfulness and completeness of the financial statements in this annual report.

V.    Profit distribution plan of the reporting period upon the approval of the Board of Directors: Profit distribution plan is: based on the sharecounts of 121,680 shares outstanding as of December 31, 2012, to issue dividends of RMB 0.7 yuan(including tax) for every 10 shares held by all shareholders of the Company.    Total cash consideration for dividend distribution is RMB 85.176 million yuan.
      The dividend distribution plan shall be implemented upon Shareholder's approval per 2012 annual shareholders meeting.

VI.   Forward-looking statements including future plans and strategic development should not be read as a guarantee of future performance or results from the Company to investors. Investors shall note the investment risks.

VII.  Any capital held by controlling-shareholders and its related parties for non-operational purposes?
      No.

VIII. Any external guarantee provided in violation of the decision-making procedure？
      No.

Beijing Vantone Real Estate Co, Ltd.    2012 Annual Report

# TABLE OF CONTENTS

I.      INTERPRETATIONS AND MATERIAL RISK NOTICE                          4

II.     SECTION II COMPANY PROFILE                                        5

III.    MAJOR ACCOUNTING DATA AND FINANCIAL INDICATORS                   8

IV.     REPORT OF DIRECTORS                                              10

V.      IMPORTANT NOTICE                                                 18

VI.     CHANGES IN SHARE CAPITAL AND PARTICULARS OF SHAREHOLDERS         21

VII.    DIRECTORS, SUPERVISORS AND SENIOR MANAGEMENT                     26

VIII.   CORPORATE GOVERNANCE STRUCTURE                                   33

IX.     INTERNAL CONTROL                                                 38

X.      INANCIAL REPORT - 39 -

XI.     CONTENTS OF INSPECTION DOCUMENTS                                 246

# I.   Interpretations and Material Risk Notice

## (I).   Interpretations

In this report, the following expressions shall have the following meanings except where the context otherwise requires

| Interpretations of frequently used phrases | | |
|---|---|---|
| Vantone Longshan | means | Beijing Vantone Longshan Real Estate Co., Ltd. |
| Tianjin Promenades | means | Tianjin Vantone Promenades Real Estate Co., Ltd. |
| Teda Vantone | means | Tianjin Teda Vantone Real Estate Development Co. Ltd. |
| Wanzhi Corp. | means | Beijing Wanzhi Real Estate Development Co., Ltd. |
| Guangsha Fucheng | means | Beijing Guangsha Fucheng Real Estate Co., Ltd. |
| Tianjin Wanhua | means | Tianjin Wanhua Real Estate Co., Ltd. |
| Fuming Real Estate | means | Tianjin Fuming Real Estate Co., Ltd. |
| Beijing Promenades | means | Beijing Vantone Promenades Real Estate Co., Ltd. |
| Xianghe Vantone | means | Xianghe Vantone Real Estate Co., Ltd. |
| Chengdu Promenades | means | Chengdu Vantone Promenades Real Estate Co., Ltd. |
| Tianjin Zhengqi | means | Tianjin Vantone Zhengqi Investment Management Co., Ltd. |
| Vantone Longshan Tiandi) | means | Beijing Vantone Longshan Tiandi Real Estate Co., Ltd. |
| Beijing Yingrui | means | Beijing Vantone Yingrui Investment Management Co., Ltd. |
| Tianjin Wantuo | means | Tianjin Eco-City Wantuo Real Estate Co., Ltd. |
| Tianjin Hexin | means | Tainjin Hexin Development Co., Ltd. |
| Vantone Investment | means | Vantone Investment Pte. Ltd. |
| Hangzhou Promenades | means | Hangzhou Vantone Promenades Real Estate Co., Ltd. |
| Shanghai Vantone Xindi | means | Shanghai Vantone Xindi Real Estate Co., Ltd. |
| Sanya CSI Vantone | means | Sanya CSI-Vantone Olympic Real Estate Co., Ltd. |
| Vantone Capital | means | Vantone Capital PTE. LTD. |
| Vantone Real-estate Corp.; Vantone real estate; the Company | means | Beijing Vantone Real Estate Co, Ltd. |
| Vantone Holdings | means | Vantone Investment Holdings Co.,   Ltd. |

## (II).   Material Risk Notice

The company has disclosed material risk notice in this report. Please refer to the risk factors disclosed in the Board of Director's report relating future development discussion and analysis.

# II. Section II Company Profile

## (I). Company Information

| Company name (in Chinese) | 北京万通地产股份有限公司 |
|---|---|
| Chinese abbreviation: | 万通地产 |
| Company name (in English): | Beijing Vantone Real Estate Co., Ltd |
| English abbreviation: | Vantone Real Estate |
| Legal representative of the Company: | Li Xu |

## (II). Contact person and contact method

| | Secretary to the Board | Securities Affairs Representative |
|---|---|---|
| Name | Cheng Xiaoxi | Wang Ke |
| Contact address | Block D, Office Building of Vantone Center, Vantone Center, A6, Chaowai Street, Chaoyang District, Beijing | Block D, Office Building of Vantone Center, Vantone Center, A6, Chaowai Street, Chaoyang District, Beijing |
| Telephone | 010-59070788 | 010-59071169 |
| Fax | 010-59071159 | 010-59071159 |
| E-mail: | chengxiaoxi@vantone.com | wangke@vantone.com |

## (III). Basic information

| Registered Company Address | Room 8233, Block B, Haixing Plaza, No.16 Danling Street, Haidian District, Beijing |
|---|---|
| Registered Company Postal Code | 100080 |
| Place of Business | 4/F, Block D, Office Building of Vantone Center, Vantone Center, A6, Chaowai Street, Chaoyang District, Beijing |
| Place of Business Postal Code | 100020 |
| Company Website | www.vantone.com |
| E-mail | chengxiaoxi@vantone.com |

## (IV). Information disclosure and address for inspection

| Newspapers for disclosure of the Company's information | China Securities Journal, Shanghai Securities News |
|---|---|
| Website designated by the CSRC for publishing the Annual Report | www.sse.com.cn |
| Address for inspection of the Annual Report | Office of the secretary of the Board of the Company |

## (V). Shares of the Company

| Shares of the Company | | | | |
|---|---|---|---|---|
| Class of shares | Place of listing | Abbreviation | Stock code | Former |

|  |  |  |  | abbreviation |
|---|---|---|---|---|
| A Shares | Shanghai Stock Exchange | Vantone Real Estate | 600246 | Vantone Pioneer |

## (VI).   Change of registration information during the reporting period

### 1.   General

There is no change in the Company's registration information during the reporting period.

### 2.   Reference source to the Company's first registration

The Company's first registration date is 22 December 1998 and reference can be found in the Company's 2011 annual report.

### 3.   Changes in the Company's primary business since listed

**1)**   On September 22, 2000, the Company listed its shares on the Shanghai Stock Exchange, with scope of business of: sales and processing of corn starch, gluten, germ, animal feed and the acquisition of corn; main products are cornstarch, gluten, and germ.

**2)**   In 2001, the Company's main scope of business changed to: sales, development and processing of agricultural products, grain and oil products; real estate development; sales of commercial properties; parking lot construction and operations; proprietary property management (including office rental);

**3)**   In 2006, the Company's main scope of business changed to: real estate development; sales of commercial properties; parking lot construction and operations;

**4)**   On October 10, 2007, the Company's main scope of business changed to: real estate development; sales of commercial properties; parking lot construction and operations; Information and technology consulting (without brokers);

**5)**   On June 5, 2012, the Company's main scope of business changed to: real estate development; sales of commercial properties; parking lot construction and operations; Information and technology consulting (without brokers); labor dispatch; equity investment and management, and asset management.

### 4.   Changes in the Company's controller shareholders since listed

**1)**   On September 22, 2000, the Company's shares were listed on the Shanghai Stock Exchange, with the controlling shareholder of Beijing Shuntong Company.

**2)**   In 2004, the controlling shareholder of the Company changed to Beijing Vantone Galaxy Co., Ltd.

**3)**   In 2009, the controlling shareholder of the Company changed to Beijing Vantone Real Estate Co., Ltd. (name changed to Vantone on August 18, 2010)

## (VII).   Other relevant information

| Name of accountant firm engaged by the Company | Name | PricewaterhouseCoopers Zhong Tian CPAs Limited Company |
|---|---|---|
|  | Office Address | PricewaterhouseCoopers Center, 2 Corporate Anvenue, 202 Hu |

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| | | Bin Road, Luwan District, Shanghai, the PRC |
|---|---|---|
| Name of the signing accountants | Liu Lei | |
| | Peng Xiaofeng | |

Beijing Vantone Real Estate Co, Ltd. 2012 Annual Report

### III. Major accounting data and financial indicators

**(I).** **Major accounting data and financial indicators for the last 3 years**

**1.** **Major accounting data**

Unit: RMB     Currency: RMB

| Major Accounting data | 2012 | 2011 | Year-over-year Changes (%) | 2010 |
|---|---|---|---|---|
| Operating Income | 4,070,526,092.00 | 4,818,451,239.00 | -15.52 | 3,568,396,779.00 |
| Net profit attributable to shareholders of the Company | 374,845,287.00 | 311,458,769.00 | 20.35 | 413,608,344.00 |
| Net profit after nonrecurring items attributable to shareholders of the Company | 204,814,631.00 | 293,760,612.00 | -30.28 | 186,243,583.00 |
| Net cah flow from operating activities | 555,622,411.00 | 721,030,268.00 | -22.94 | 863,189,602.00 |
| | Year-end 2012 | Year-end 2011 | Year-over-year Changes (%) | Year-end 2010 |
| Owners' equity attributable to shareholders of the Company) | 3,522,907,709.00 | 3,293,982,598.00 | 6.95 | 3,191,684,179.00 |
| Total share capital | 10,746,006,948.00 | 11,307,764,036.00 | -4.97 | 11,876,151,579.00 |

**2.** **Major Financial Indicators**

| Major Financial Indicators | 2012 | 2011 | Year-over-year Changes (%) | 2010 |
|---|---|---|---|---|
| Basic earnings per share (RMB/share) | 0.3081 | 0.2560 | 20.35 | 0.3399 |
| Diluted earnings per share (RMB/share) | 0.3081 | 0.2560 | 20.35 | 0.3399 |
| Basic earnings per share after non-recurring items (RMB/share) | 0.1683 | 0.2414 | -30.28 | 0.1531 |
| Weighted average return on net assets (%) | 10.96 | 9.76 | Increased by 1.2 percentage points | 13.39 |
| Weighted average return on net assets after non-recurring items (%) | 5.99 | 9.20 | Decreased by 3.21 percentage points | 6.03 |

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

**(II).  Extraordinary Items**

Unit: RMB    Currency: RMB

| Non-recurring Items | 2012 | 2011 | 2010 |
|---|---|---|---|
| Profit and Losses from disposal of non-current assets | 134,903,847 | -699,049 | 162,561,379 |
| Government subsidies credited to current profit and loss, other than recurring government subsidies relating to the ordinary courses of business | 61,779,697 | 41,372,634 | 65,195,068 |
| Non-operating income and expenses other than the above items | -1,120,491 | -3,516,824 | 24,213,612 |
| Effect of minority interests (after tax) | -10,064,188 | -9,629,820 | -9,458,753 |
| Effect of income tax | -15,468,209 | -9,828,784 | -15,146,545 |
| Total | 170,030,656 | 17,698,157 | 227,364,761 |

| 2012 | Results | Based on |
|---|---|---|
| Assets-liabilities ratio (%) | 63 | |
| Rate of interest-bearing liabilities (%) | 32 | Auditor's report for 2012 issued by |
| Percentage of monetary fund in total assets (%) | 16 | PricewaterhouseCoopers Zhong Tian |

# IV.   Report of Directors

1.   **Management Discussion and Analysis**

   **(1) Market Analysis**

   National real-estate market saw a slight growth in 2012. According to data from National Statistics Bureau, the nationa-wide accumulated investment on real-estate amounted to 7.18 trillion RMB, a year-over-year increase of 16.2%. The national real estate sales area was 1.113 billion square meters, an increase of 1.8% over the previous year, where residential sales area went up 2%, office building increased 12.4%, and commercial building sales area decreased by 1.4%. National real estate sales was 6.45 trillion yuan, an increase of 10%, where residential sales increased 10.9%, office building sales grew 12.2%, and commercial building sales increased 4.8%.

   In 2012, monetary policy was moderately relaxed. In February and May, 2012, the central bank cut the depository reserve ratio by 0.5 percentage points each time; In June and July, the central bank further cut the depository ratio and benchmark lending rate twice. Moderately loose monetary environment has improved the financing condition for real-estate industry as compared with 2011.

   **(2) Review on the operation of the Company during the reporting period.**

   **Overall operation of the Company during the reporting period**

   In 2012, focusing on concept of transformation and growth, and following the strategy of "Binhai New Area, American Mode, Vantone Values and Green Company", the management of the Company, under the proper leadership of the Board, further promoted the development of commercial properties while putting efforts in residential business, thus making breakthroughs in enhancement of abilities in commercial properties operation and assets management. Meanwhile, the Company vigorously explored new financing mode, achieved best combination of financial arrangement diversity and commercial property type exploration. Strategic implementation and innovative research and development of the Company's green strategy have made concrete progress.

   During the reporting period, the Company generated operating income of the 4,070,530,000 Yuan, a decrease of 15.52% over the previous year; net profit attributable to equity holders of 374,850,000 Yuan, an increase of 20.35% over the same period of last year. As of December 31, 2012, the Company held net asset of 3,522,910,000Yuan, an increase of 6.95% year-over-year.

   **Principal operation of the Company and its performance**

   During the reporting period, the Company was principally engaged in development and sales of residential property as well as development and leasing of commercial property. To transfer toward commercial properties and balance commercial property with residential property is the Company's strategy. 2012 witnessed a concrete step of the Company in expanding investment in commercial property and carrying out deployment of commercial properties.

   On commercial property, through division of work by specialties, the Company divided the original commercial property business into four major cores, namely, "commercial property design management, research & planning for commercial property markets, commercial property investment and planning management, commercial property operation and management", and gradually established and improved the commercial property business

Beijing Vantone Real Estate Co, Ltd.    2012 Annual Report

control system by concentrating on boosting its capabilities in "product, finance, operation and management", coming up with the following 4 standards:

i. Beijing Vantone Center Block D: optimize the tenant mix with an annual retention/ renewal number of 36 groups of customers; with new tenants of 23 groups, renewing tenants of 13 groups and 5 groups of tenants expanding their leasing spaces; Average effective leasing rate on new agreements at 290 yuan /month/s.m; Actual leasing space at 20772.36 square meters; Actual occupancy rate of 98.2% for the building.

ii. Hangzhou Vantone Center: Commenced construction in June, 2011; completed pile foundation construction in September, 2011; Acquired LEED Golden pre-certification in October, 2011; Started sales of Building A and Building C office building in September, 2012.

iii. Tianjin Vantone Center: Commenced construction on schedule in March, 2012; Held a formal groundbreaking ceremony on September 28; Commenced soil excavation on October 4th; Acquired LEED Golden pre-certification; Introduced BIM technology.

iv. Shanghai Hongqiao Vantone: Commenced construction on September 20, 2012; Acquired land certificate on December 3; Acquired LEED Golden pre-certification; Introduced BIM technology.

v. Beijing CBD core area Z3: began program design in all areas.

**On residential property business, the Company strengthened the following aspects:**
   1) the standardization framework for Vantone Mansion serial products
   2) Enhance client value (landscape)
   3) Enhance client value (community and sales center)
   4) Operational management and enhance efficiency.

**1)** Principal Operations Analysis
   **i. Profit and Losses and cash flow Statement Analysis**

Unit: RMB   Currency: RMB

| Items | Current period | Last Period | Percentage of changes (%) |
|---|---|---|---|
| Operating Income | 4,070,526,092.00 | 4,818,451,239.00 | -15.52 |
| Operating Expenses | 2,749,206,199.00 | 2,673,960,652.00 | 2.81 |
| Sales Expenses | 122,405,093.00 | 149,852,893.00 | -18.32 |
| General and Administrative Expenses | 173,716,421.00 | 186,540,277.00 | -6.87 |
| Accounting expenses | 93,394,154.00 | 100,149,827.00 | -6.75 |
| Net cash flow from operating activities | 555,622,411.00 | 721,030,268.00 | -22.94 |
| Net cash flow from investing activities | 294,412,943.00 | -1,746,634,266.00 | 116.86 |
| Net cash flow from financing activities | -863,182,108.00 | -584,576,807.00 | -47.66 |

   **ii. Revenues**

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

i) **Factor analyses that lead to revenue changes**

During the reporting period, the Company's revenues from carry-over projects were lower than last year, hence leading to the decrease in operating income.

ii) **Major clients**

Operating revenues generated from our top five customers were 74,352,990 RMB, accounting for 1.83% of operating revenues.

|  | Operating revenues (RMB) | % of total operating revenues (%) |
|---|---|---|
| Guoshou Yuantong | 20,150,000 | 0.50 |
| Customer from New Town | 14,500,000 | 0.36 |
| Customer from New Town | 14,252,990 | 0.35 |
| Customer from New Town | 12,800,000 | 0.31 |
| Customer from New Town | 12,650,000 | 0.31 |
| Total | 74,352,990 | 1.83 |

### iii.   Cost

i) **Cost analysis**

Unit: Yuan

| By Industry | | | | | | |
|---|---|---|---|---|---|---|
| By industry | Cost Breakdown | Amount for the current period | Cost of current period as a percentage of total cost (%) | Amount for the last comparable period | Cost of last period as a percentage of total cost (%) | period-over-period Changes in the amount (%) |
| Sales of property | Sales of property | 2,702,621,577 | 98.31 | 2,629,247,363 | 98.33 | 2.79 |
| Property rental | Property rental | 46,573,012 | 1.69 | 44,711,219 | 1.67 | 4.16 |

### iv.   Expenses

| Items | Year 2012 (yuan) | Year 2011(yuan) | Year-over-yearChanges |
|---|---|---|---|
| Sales Expenses | 122,405,093 | 149,852,893 | -18.32% |
| General and Administrative expenses | 173,716,421 | 186,540,277 | -6.87% |
| Accounting expenses | 93,394,154 | 100,149,827 | -6.75% |

Beijing Vantone Real Estate Co, Ltd. 2012 Annual Report

The Company launched fewer new projects this year. Lower market expenses relating to launched projects led to lower sales expenses.

**v. Cash Flow**

| Items | 2012 (Yuan) | 2011 (Yuan) | Year-over-year changes |
|---|---|---|---|
| Net cash flow from operating activities | 555,622,411 | 721,030,268 | -22.94% |
| Net cash flow from investing activities | 294,412,943 | -1,746,634,266 | 116.86% |
| Net cash flow from financing activities | -863,182,108 | -584,576,807 | -47.66% |

**2)** Operating Analysis by Industry, Products, and Regions

**i. Operating activities by Industry and by Products**

Unit: Yuan    Currency:RMB

| Operating activities by Industry | | | | | | |
|---|---|---|---|---|---|---|
| By industry | Operating Income | Operating Cost | Gross Margin (%) | Year-over-year changes in operating income (%) | Year-over-year changes in operating cost (%) | Year-over-year changes in gross margin (%) |
| Sales of property | 3,915,729,385 | 2,702,621,577 | 30.98 | -16.30 | 2.79 | Decreased 12.82 percentage points |
| Property Rental | 129,729,838 | 46,573,012 | 64.10 | 22.48 | 4.16 | Increased 6.31 percentage points |

**ii. Operating analysis by Region**

Unit: Yuan    Currency: RMB

| by Region | Operating income | Year-over-year changes in operating income |
|---|---|---|
| Beijing Area | 1,568,490,838 | 9.30 |
| Tianjin Area | 1,868,681,079 | -44.20 |
| Sichuan/Chongqing area | 608,287,306 | |

**3)** Balance Sheet analysis

**i. balance Sheet analysis**

Unit: Yuan

| Items | Data of current period | Current period as a percentage of total assets (%) | Data of last period | Last period as a percentage of total | Period-over-period changes (%) |
|---|---|---|---|---|---|

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| | | | | | assets (%) | |
|---|---|---|---|---|---|---|
| Accounts Receivables | 1,565,322 | 0.01 | 21,432,641 | 0.19 | -92.70 |
| Other receivables | 581,406,706 | 5.41 | 452,884,894 | 4.01 | 28.38 |
| Long-term equity investments | 434,623,725 | 4.04 | 577,484,748 | 5.11 | -24.74 |
| Fixed Assets | 32,739,683 | 0.30 | 38,709,850 | 0.34 | -15.42 |
| Long-term prepayment | 16,138,427 | 0.15 | 23,771,557 | 0.21 | -32.11 |
| Deferred income tax assets | 143,467,290 | 1.34 | 80,791,065 | 0.71 | 77.58 |
| Short-term borrowings | 278,819,221 | 2.59 | 383,864,514 | 3.39 | -27.37 |
| Customer advances | 1,300,048,840 | 12.10 | 2,019,514,690 | 17.86 | -35.63 |
| Interest payable | 23,201,941 | 0.22 | 35,190,891 | 0.31 | -34.07 |
| Other payables | 163,432,845 | 1.52 | 120,445,692 | 1.07 | 35.69 |
| Non-current liabilities due within one year | 530,495,368 | 4.94 | 847,872,000 | 7.50 | -37.43 |
| Long-term borrowings | 702,283,250 | 6.54 | 1,023,460,350 | 9.05 | -31.38 |
| Other non-current liabilities | 808,751,170 | 7.53 | 343,601,134 | 3.04 | 135.38 |

Accounts Receivables: decreased this year due to timely collection on real-estate sales;

Other receivables: increased this year due to receivables relating to third-party equity transfer;

Long-term equity investment: decreased this year due to disposal of investments in related companies;

Fixed-assets: decreased this year due to operational amortization;

Long-term expenses: decreased this year due to operational amortization;

Deferred income taxes: increased this year due to the Company's accrued expenses and corresponding increase on deferred income tax assets;

Short-term borrowings: decreased this year due to payments made on short-term loans;

Customer advances: decreased this year and recognized in revenues upon deliveries.

Interest payables: decreased this year due to decreased outstanding balance of loans;

Beijing Vantone Real Estate Co., Ltd.    2012 Annual Report

Other payables: increased this year due to collection of payments and third-party deposits;

Non-current liabilities due within one year: decreased this year due to payments made on loans due within one year;

Long-term borrowings: decreased due to payments made in this year;

Other non-current liabilities: increased this year due to the establishment of a trust fund;

4)    Investment Analysis

    i.    **Investment analysis of non-financial companies entrusted wealth management and derivative investments**

        i)    **Trust funds**

        The Company had no trust funds in this year

        ii)    **Entrusted loans**

        The Company had no entrusted loans this year.

    ii.    **Use of raised funds**

    During the reporting period, the Company did not raise funds or carry funds raised in previous periods.

    iii.    **Major Subsidiaries and Joint-equity Companies**

| Company Name | Business nature | Major products or offerings | Registered Capital (Yuan) | Total Assets (Yuan) | Net Assets (Yuan) | Net profits (Yuan) |
|---|---|---|---|---|---|---|
| Tianjin Vantone Promenades real estate Co., Ltd. | Real Estate Development | Real Estate Projects | 250,000,000 | 899,620,892 | 569,041,231 | 159,859,939 |
| Beijing Vantone Longshan Real Estate Co., Ltd. | Real Estate Development | Real Estate Projects | 150,000,000 | 441,161,165 | 301,303,953 | 47,047,081 |
| Beijing Vantone Longshan Tiandi Real Estate Co., Ltd. | Real Estate Development | Real Estate Projects | 200,000,000 | 626,925,286 | 253,371,874 | 55,954,884 |
| eijing Guaxia Fucheng Real Estate Co., Ltd. | Real Estate Development | Real Estate Projects | 90,000,000 | 1,870,696,293 | 378,745,314 | 183,858,554 |

    iv.    **Non-fund-raising-project**

    During the reporting period, the Company had no non-fund-raising-projects.

**2.  Outlook for future development**

**1)**  Development Strategy

The Company will continue to execute the strategy of "Binhai New Area, American Model, Vantone Values and Green Company". The Company will fully utilize the geographic advantages of Binhai new area in optimizing resources; and cultivate its competitive advantages based on Beijing-Tianjin area as the strategic foundation; continue to stick to the American model in investing commercial properties based on profit-driven development model and financial-flexibility to create a Vantone-style commercial property investment model; continue to adhere to the corporate culture in building a professional team, vigorously promoting the "Green" strategy to fulfill the corporate social responsibilities, providing returns for the society and increasing values for all stakeholders of the Company through building a green company and green products, and to further increase the R & D capabilities to enhance the Company's market resilience and core competences.

**2)**  Operational Plan

The Company plans to work on the below five areas in 2013:

1）Complete o2-3 new projects expansion;
2）Complete the establishment of a commercial operation model;
3）Complete healthy housing standards and practices;
4）Implement and carry on the on-going cost optimization;
5）Enhance organizational efficiency.

**3)**  Potential risk factors

The uncertainty of China's macro-economic condition and industry adjustments, as well as increased market competition could have material impacts on the Company's capability in executing its strategies and generating anticipated operating results. The Company still has rooms for improvements on its market capitalization, equity size, as well as management professional expertise as compared to its industry peers.

**3.  Board explanation on "unqualified auditors' report" from accounting firm**

1) Board and Supervisory committee's statement on "unqualified auditor's report" from accounting firm

√　　Not applicable

2) Board analysis and explanation of the causes and effects of changes in accounting policies, accounting estimates, or accounting methods

√　　Not applicable

3) Board analysis and explanation of the corrections on previous errors

√      Not applicable

## 4. Profit distribution or common reserves capitalizing plan

### 1)   The making, execution, or adjustment to cash dividend policy

During the reporting period, according to the China Securities Regulatory Commission's Notice on "Follow-up measures on cash dividend policy for listed companies" and relevant provisions of the Beijing Securities Regulatory Bureau, the Company amended Item 155 in its Articles of Association on the terms of profit distribution, and provided cash dividend policy on distribution standards and profit-sharing terms, upon approval obtained in its 2012 6th temporary shareholder meeting.

### 2)  During the reporting period, if the Parent company is generating positive profit but does not intend to issue cash dividend, the Company should disclose in detail of the reason and the intended plan of use for its retained earnings.

√      not applicable.

### 3)  Recent three-year (including reporting period) profit distribution plan or common reserves capitalizing plan

Unit: Yuan    Currency: RMB

| Profit-distribution year | Bonus shares for every 10 shares (share unit) | Cash dividends for every 10 shares (Yuan) (including taxes) | Additional share for every 10 shares ( | Cash dividend (including taxes) | Net profits attributable to Shareholders in the dividend year | Net profits attributable to shareholders as a percentage of total profits (%) |
|---|---|---|---|---|---|---|
| 2012 | 0 | 1.3 | 0 | 158,184,000 | 374,845,287 | 42.20 |
| 2011 | 0 | 0.6 | 0 | 73,008,000 | 311,458,769 | 23.44 |
| 2010 | 0 | 2.55 | 0 | 310,284,000 | 413,608,344 | 75.02 |

## 5.    Fulfillment of the corporate social responsibilities

1) Corporate social responsibilities work

Please refer to the < 2012 Report on Vantone Social Responsibilities Work > published on Shanghai Securities Exchange website (www.sse.com.cn) dated March 15, 2013.

17

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

# V.  Important Notice

### (I).  Material litigation and arbitrations

There were no material litigation and arbitration during the year.

### (II).  Occupied capital and debt status

√    not applicable

### (III). Bankruptcy and reorganization

There is no bankruptcy and reorganization during the year.

### (IV).  Sales of assets, Mergers and Acquisitions

**1.    The sales of assets, mergers and acquisitions disclosed in public announcements with no further updates in executions:**

| Overview of the matter | Reference Source |
|---|---|
| Sales of assets of the Company: Beijing Vantone Real Estate Co., Ltd. transferred 48.9642% of its equity ownership in its fully owned Company Tianjin Hexin Development Co., Ltd. to Kunshan Boyuan Wanzhi Investment center (Limited partnership) for a total consideration of 420 million RMB | Refer details of the matter to the Company's public announcement and appendix published on Shanghai Stock Exchange website (www.sse.com.cn) and the "China Securities Journal", "Shanghai Securities News" on October 30, 2012. |
| Sales of assets of the Company: Beijing Vantone Real Estate Co., Ltd. transferred 23.5% of its equity ownership in Tianjin Teda City Development Co., Ltd. to Tianjin Rongchuang Real Estate Co., Ltd. for a total consideration of 348,863,150 Yuan. | Refer details of the matter to the Company's public announcement and appendix published on Shanghai Stock Exchange website (www.sse.com.cn) and the "China Securities Journal", "Shanghai Securities News" on December 22, 2012. |

### (V).  Incentive shares and impacts

√    Not applicable

### (VI).  Major related party transactions

√    Not applicable

### (VII).    Material contracts and their fulfillment

**1.   Custody, contracting and leasing matters**

√    Not applicable

**2.   Guarantees**

Beijing Vantone Real Estate Co, Ltd. 2012 Annual Report

Unit: '100 million RMB; Currency: RMB

| Guarantees provided by the Company to its subsidiaries | |
|---|---|
| Total amount of guaranties provided to its subsidiaries during the reporting period | 14.54 |
| Total balance of guarantees provided to its subsidiaries at the end of the reporting period (B) | 18.09 |
| Total guaranties provided by the Company (including guarantees to its non-wholly owned subsidiaries) | |
| Total amount of guarantees (A+B) | 18.09 |
| Total amount of guaranties as a percentage of the Company's net assets (%) | 51.34 |
| Including: | |
| Direct or indirect guarantees provided to guarantors with over 70% debt-to-equity ratio | 6.47 |
| Total amount of guarantees in excessive of 50% of net assets (E) | 0.47 |
| Total amount of the aforesaid three guarantees (C+D+E) | 6.94 |

**3. Other material contract**

The Company was not involved in other material contract during the year.

**(VIII). Performance of promised undertakings**

√ not applicable

**(IX). Appointment and dismissal of accounting firm**

Unit: '0,000 RMB Currency: RMB

| Whether changed the accounting firm | No |
|---|---|
| | Accounting firm currently engaged |
| Name of domestic accounting firm | PricewaterhouseCoopers Zhong Tian CPAs Limited Company |
| Fees of domestic accounting firm | 159 |
| Term of engagement period with the domestic accounting firm | 3 |

**(X). Punishments and rectification involved by the Company and its directors, supervisors, and senior management, shareholders of 5% or more, and de facto controllers**

During the year, none of the Company, its directors, supervisors, senior management, shareholders of 5% or more, or de facto controller was subject to any investigation, administrative punishment or public criticizes from CSRC and public censures from stock exchanges.

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

**(XI). Other significant events**

There was no other significant event in the reporting period.

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

# VI. Changes in Share Capital and Particulars of Shareholders

**(I).** **Changes in share capital**

1. Changes in shares

**1)** Changes in shares

Unit: Share unit

| | Before the change | | Increase/decrease during the year (+, - ) | | | | | After the change | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | Percentage | New issues | Bonus share issue | Transfer of capital reserve into share capital | Others | Subtotals | Number | percentage |
| 1  Shares subject to trading moratorium | | | | | | | | | |
| i.   State-owned shares | | | | | | | | | |
| ii.  State-owned legal person shares | | | | | | | | | |
| iii. Other domestic shares | | | | | | | | | |
| Including: Domestic non-state-owned legal        person shares | | | | | | | | | |
| Domestic  natural person shares | | | | | | | | | |
| iv.  Foreign shares | | | | | | | | | |
| Including: Foreign       legal person shares | | | | | | | | | |
| Foreign     natural person shares | | | | | | | | | |

Beijing Vantone Real Estate Co, Ltd.    2012 Annual Report

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Shares not subject to trading moratorium | 1,216,800,000 | 100 | | | | | | | 1,216,800,000 | 100 |
| i. | Ordinary shares denominated in RMB | 1,216,800,000 | 100 | | | | | | | 1,216,800,000 | 100 |
| ii. | Domestic listed foreign shares | | | | | | | | | | |
| iii. | Overseas listed foreign shares | | | | | | | | | | |
| iv. | Others | | | | | | | | | | |
| 3 | Total shares | 1,216,800,000 | 100 | | | | | | | 1,216,800,000 | 100 |

**2.    Changes in shares subject to trading moratorium**

During the reporting period, there were no changes in shares subject to trading moratorium.

**(II).  Securities issue and listing**

**1.    Securities issued for the last three years**

As of the reporting period and last three years, the Company did not issue any listed securities.

**2.    Changes in total shares and shareholding structure of the Company and changes in the Company's assets and liabilities**

During the reporting period, there were no changes in total shares and shareholding structure of the Company due to issue of bonus shares or placement.

**3.    Existing employee shares**

The Company had no employee shares at the end of the reporting period.

**(III). Shareholders and de factor controllers**

**1.    Number of shareholders and shareholding**

Unit: share unit

| Total number of shareholders at the end of reporting period | 95,847 | Total number of shareholders on the 5th business day preceding the end of this reporting period | 90,984 |
|---|---|---|---|
| Top ten shareholders of the Company and their respective shareholdings | | | |
| Name of shareholder | Type of | Shareholding | Total | Increase/ | Number of | Number |

Beijing Vantone Real Estate Co, Ltd.  2012 Annual Report

| | shareholder | percentage(%) | number of shares held | decrease in the reporting period | shares Subject to trading moratorium | of shares pledged or frozen |
|---|---|---|---|---|---|---|
| Vantone Holdings Co., Ltd. | Domestic non-state-owned legal person | 51.16 | 622,463,220 | 0 | 0 | pledged   448,000,000 |
| Shenyin Securities Corporation customer credit transactions backed securities accounts | Unknown | 0.54 | 6,590,819 | 5,357,439 | 0 | none |
| China Construction Bank ShiYufu CSI Limited 300 Index Securities Investment Fund | Domestic non-state-owned legal person | 0.42 | 5,050,194 | 5,050,194 | 0 | none |
| Tan Baolin | Domestic natural person | 0.35 | 4,227,000 | 4,227,000 | 0 | none |
| China Life Insurance Company Limited - traditional - ordinary insurance products-005L-CT001 Shanghai | Domestic non-state-owned legal person | 0.32 | 3,842,088 | 3,842,088 | 0 | none |
| Ma Shaoying | Domestic natural person | 0.26 | 3,172,600 | 3,172,600 | 0 | none |
| China Construction Bank Corporation - Prudential Securities 500 Index Classification Securities Investment Fund | Domestic non-state-owned legal person | 0.25 | 3,066,459 | 2,459,269 | 0 | none |
| Guoyuan Securities Co., Ltd. customer credit transactions backed securities account | Unknown | 0.24 | 2,945,240 | 945,240 | 0 | none |
| Zhao Xunliang | Domestic natural person | 0.21 | 2,503,886 | 565,000 | 0 | none |
| Xie Deyi | Domestic natural | 0.20 | 2,458,100 | 2,458,100 | 0 | none |

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| | person | | |
|---|---|---|---|
| Top ten holders of shares not subject to trading moratorium and their respective shareholdings | | | |
| Name of shareholder | Number of shares not subject to trading moratorium | Class of shares and number of shares | |
| Vantone Holdings Co., Ltd. | 622,463,220 | RMB ordinary shares | |
| Shenyin Securities Corporation customer credit transactions backed securities accounts | 6,590,819 | RMB ordinary shares | |
| China Construction Bank Ltd., - ShiYufu CSI Limited 300 Index Securities Investment Fund | 5,050,194 | RMB ordinary shares | |
| Tan Baolin | 4,227,000 | RMB ordinary shares | |
| China Life Insurance Company Limited - traditional - ordinary insurance products-005L-CT001 Shanghai | 3,842,088 | RMB ordinary shares | |
| Ma Shaoying | 3,172,600 | RMB ordinary shares | |
| China Construction Bank Corporation - Prudential Securities 500 Index Classification Securities Investment Fund | 3,066,459 | RMB ordinary shares | |
| Guoyuan Securities Co., Ltd. customer credit transactions backed securities account | 2,945,240 | RMB ordinary shares | |
| Zhao Xunliang | 2,503,886 | RMB ordinary shares | |
| Xie Deyi | 2,458,100 | RMB ordinary shares | |
| Statement on the relationship of related parties or act in concert among the above shareholders | The Company is not aware of any connected relationship or any act in concert between the above holders of shares not subject to trading moratorium and other holders of circulating shares not subject to trading moratorium or among the holders of circulating shares not subject to trading moratorium. | | |

**(IV).  Controlling shareholder and the de facto controller**

**1.      Particulars of the controlling shareholder**

**1)      Legal person**Unit: '0,000 RMB      Currency: RMB

| Name | Vantone Holdings Co., Ltd |
|---|---|
| Person-in-charge or legal representative | Feng Lun |
| Date of establishment | 26 June 1993 |
| Registered capital | 143,377.5 |
| Principle business or management activity | Investment business |

**2)      Natural Person**

| Name | Feng Lun |
|---|---|
| Nationality | China |
| Whether obtained other country or region's | No |

24

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| permanent residency | |
|---|---|
| Occupations in the past five years | Mr. Feng had acted as Chairman of the Board of Vantone Industrial Group Co., Ltd. and Chairman of Vantone Holdings Co., Ltd. since January 2005. |

**2.    de facto controller**

**1)    Natural person**

| Name | Feng Lun |
|---|---|
| Nationality | China |
| Whether obtained other country or region's permanent residency | No |
| Occupations in the past five years | Mr. Feng had acted as Chairman of the Board of Vantone Industrial Group Co., Ltd. and Chairman of Vantone Holdings Co., Ltd. since January 2005. |

**2)    Diagram of ownership and controlling relationship between the Company and the de facto controller**



**(V).  Other legal shareholders with more than 10% of shareholding position**

At the end of this reporting period, the Company had no other legal shareholders with more than 10% of shareholding position.

Beijing Vantone Real Estate Co, Ltd. 2012 Annual Report

# VII. Directors, Supervisors and Senior Management

**(I). Shareholding and remuneration**

**1. Shareholding and remuneration of current and departing directors, supervisors and senior management during the reporting period**

Unit: Share units

| Name | Position | Sex | Age | Beginning date of term | Ending date of term | Number of shares held at the beginning of the year | Number of shares held at the end of the year | Changes in shareholding positions in the year | Reasons for the Shareholding changes | Total remuneration received from the Company during the reporting period (RMB0'000) (Before tax) | Total remunerations due from shareholders during the reporting period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Xu Li | Director | Male | 47 | March 30, 2011 | March 30, 2014 | 546,480 | 877,381 | 330,901 | Secondary market trading | 267.8 | |
| Yao Peng | Deputy Director | Male | 56 | March 30, 2011 | March 30, 2014 | | | | | 141.8 | |
| Yun Dajun | Director, General Manager | Male | 57 | March 30, 2011 | March 30, 2014 | 0 | 350,000 | 350,000 | Secondary market trading | 253.44 | |
| Zheng Yi | Director | Male | 40 | March 30, 2011 | March 30, 2014 | | | | | 4 | |
| Wang Wei | Director | Male | 44 | March 30, 2011 | March 30, 2014 | | | | | 1 | |
| Sun Hua | Director | Male | 41 | March 30, 2011 | March 30, 2014 | | | | | 4 | |
| Zhang Guoan | Director | Male | 52 | March 30, 2011 | March 30, 2014 | | | | | 4 | |
| Peng Xuefeng | Independent Director | Male | 50 | March 30, 2011 | March 30, 2014 | | | | | 12 | |
| Wang Bing | Independent Director | Male | 44 | March 30, 2011 | March 30, 2014 | | | | | 12 | |
| Yu Xiaolei | Independent Director | Male | 49 | March 30, 2011 | March 30, 2014 | | | | | 12 | |
| Du Lihong | Independent | Female | 33 | March | March | | | | | 12 | |

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Director | | | 30, 2011 | 30, 2014 | | | | | | |
| Liu Junyong | Director of Supervisory Committee | Male | 47 | March 30, 2011 | March 30, 2014 | | | | | 95.16 | |
| Feng Shuaipeng | Supervisor | Male | 31 | March 30, 2011 | March 30, 2014 | | | | | | |
| Ma Jian | Supervisor | Male | 36 | March 30, 2011 | March 30, 2014 | | | | | | |
| Song Xingkai | Supervisor | Male | 33 | August 15, 2012 | March 30, 2014 | | | | | | |
| Wu Di | Supervisor | Female | 35 | March 30, 2011 | July 30, 2012 | | | | | | |
| Yang Jianhua | Deputy Manager | Male | 49 | May 22, 2011 | March 30, 2014 | 0 | 219,230 | 219,230 | Secondary market trading | 194.86 | |
| Yang Yiqing | Deputy Manager | Male | 44 | May 22, 2011 | March 30, 2014 | 0 | 285,700 | 285,700 | Secondary market trading | 177.67 | |
| Wang Qinghong | Deputy Manager | Male | 42 | May 22, 2011 | March 30, 2014 | 0 | 190,000 | 190,000 | Secondary market trading | 194 | |
| Xu Xiaoyang | Financial Controller | Female | 40 | May 22, 2011 | March 30, 2014 | | | | | 177.38 | |
| Cheng Xiaoxi | Board Secretary | Male | 48 | March 30, 2011 | March 30, 2014 | 0 | 215,100 | 215,100 | Secondary market trading | 168 | |
| i Meng | Director | Male | 35 | March 30, 2011 | March 30, 2014 | | | | | 3 | |
| Total | / | / | / | / | / | 546,480 | 2,137,411 | 1,590,931 | / | 1,734.11 | |

XuLi, had served as Directors and General Manager of Vantone Holdings Co., Ltd. since January 2007.Currently he is Chairman of the Company.

Yao Peng, has served as Deputy General Manager of Beijing Vantone Industrial Co., Ltd. and GeneralManager of Longshan Project since January 2007. Currently he is Vice Chairman of the Company.

Yun Dah Jiunn, had served as China Area CFO/ Vice President of Compaq United States since January2007; from 2002 to 2003, he served as China Area CFO of Israel AMDOCS Company; from 2003 to2004, he served as Great China CFO of BEA Company of USA; from 2004 to August 2006, he served asExecutive Director and CFO of IRICO Group Electronics Company Limited. Currently he is a

director andGeneral Manager of the Company.

ZhengYi, has served as Deputy General Manager of Vantone Holdings Co., Ltd. since January 2007.Currently he is a director of the Company.

Wang Wei, has served as Manager of the Investment Centre of TEDA Group since January 2007. Currently he is a director of the Company.

Sun Hua, has served in Beijing Jiahua Construction and Real Estate Co., Ltd. since January 2007. Currently he is a director of the Company.

Zhang Guo'an, has served as Deputy General Manager and executive director of Vantone Holdings Co., Ltd. since January 2007. Currently he is a director of the Company.

PengXuefeng, has served as the Director and a senior partner of Beijing Dacheng Law Firm since January 2007. Currently he is an independent director of the Company.

Wang Bing, has served as Chairman of Beijing Dingtian Assets Management Co., Ltd. since January 2007.Currently he is an independent director of the Company.

Yu Xiaolei, has served as Chairman of China Corporate Port Capital Service Group , Chairman of ChinaCorporate Gaoda Investment Capital Management Company Limited since January 2007. Currently he isan independent director of the Company.

Du Lihong, has served as property & finance analyst and research consultant in AVIC Securities Co., Ltd.and a partner of Beijing Beta Consulting Center since January 2007. Currently he is an independentdirector of the Company.

Liu Junyong, has served as director and deputy director of the Audit Committee of the board of directors ofVantone Holdings Co., Ltd. since January 2007. Currently he is Chairman of the Supervisory Committee ofthe Company.

FengShuaipeng, has served manager of Risk Control Center of Tianjin TEDA Group Company Ltd. SinceJanuary 2007. Currently he is a supervisor of the Company.

Ma Jian, has served in Beijing Urban Construction Installation Engineering Company Ltd. and XiangheVantone Real Estate Development Co. Ltd. since January 2007. Currently he is a supervisor of theCompany.

Song Hing Kai: has worked at Beijing Construction Engineering Co., Ltd., the Beijing Bo Beijing Real Estate Development Co., Ltd., as a budget engineer since July 2002. He currently serves at Xianghe Vantone Real Estate Development Co., Ltd. as the cost Manager. He is currently a supervisor of the Company.

Wu Di, has served in Legal Department of Beijing Vantone Industrial Co., Ltd. since January 2007. Currently he is a supervisor of the Company.

Yang Jianhua, has served in the Company since January 2007. Currently he is Deputy General Manager of the Company.

Yang Yiqing, has served in the Company since January 2007. Currently he is Deputy General Manager of the Company.

Wang Qinghong, has served in the Company since January 2007. Currently he is Deputy General Manager of the Company.

XuXiaoyang, has served in the Company since January 2007. Currently he is Chief Finance Officer of the Company.

Cheng Xiaoxi, has served in the Company since January 2007. Currently he is Secretary to the Board of Directors of the Company.

Li Meng: worked in Tianjin TEDA Investment Holding Co., Ltd from October 2004 to June 2009. Since June 2009, he worked in Tianjin TEDA Group Co., Ltd. He served as manager of investment center. He is currently a director of the Company.

**(II). Current and departing Directors, supervisors and senior management during the reporting period**

    **1.  Particulars of tenure of office in shareholder entities**

| Name | Name of shareholder Company | Position assumed | Beginning date of term | Ending date of term |
|---|---|---|---|---|
| Xu Li | Vantone Holdings Co., Ltd | Chairman | | |
| Zheng Yi | Vantone Holdings Co., Ltd | Deputy General Manager | | |
| Zhang Guoan | Vantone Holdings Co., Ltd | Executive Director | | |

**2.  Particulars of tenure of office in other entities**

| Name | Name of other entities | Position assumed | Beginning date of term | Ending date of term |
|---|---|---|---|---|
| Li Meng | Tianjin TEDA Group Company Ltd. | Manager of investment development department | | |
| Sun Hua | Beijing Jiahua | Financial Controller | | |

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| | Zhuye Co., Ltd. | | | |
|---|---|---|---|---|
| Peng Xuefeng | Beijing Dacheng Law Firm | Partner | | |
| Wang Bing | Dingtian Assets Management Co., Ltd. | Chairman | | |
| Yu Xiaolei | China Corporate Port Consultant Group | Chairman and CEO | | |
| Du Lihong | AVIC Securities Co., Ltd. | Real estate financial analysts, research consultant | | |
| Ma Jian | Tianjin TEDA Group Company Ltd. | Manager of Risk Control Center | | |

**(III). Remuneration of directors, supervisors and senior management**

| | |
|---|---|
| The decision-making procedures for the remunerations of director, supervisors and senior management | A proposal was submitted by the Board of Directors or Supervisory Committee (as the case may be) in respect of remunerations of directors or supervisors (as the case may be) and proposed and considered at the shareholder general meeting for approval. The salary benchmark of senior management shall be implemented according to the resolutions considered and approved by the Board of Directors. |
| Basis of remunerating Directors, supervisors and senior management | Based on the industry average salary with reference to their post responsibilities and performances, and in accordance with the resolutions approved by the Board of Directors in connection with salaries and bonuses allocation for the directors, supervisors and senior management, the remuneration benchmark and mode of allocation thereof are determined. |
| Remuneration payable to Directors, supervisors and senior management | Remuneration payable to Directors, supervisors and senior management based on the aforesaid terms should have been 17.34million Yuan (before tax) in the reporting period |
| Total remuneration paid to Directors, supervisors and senior management at the end of the reporting period | Remuneration paid to Directors, supervisors and senior management at the end of the reporting period totaled 17.34million RMB (before tax) |

**(IV). Personnel changes in directors, supervisors, and senior management**

| Name | Position assumed | Personnel changes | Reason for the change |
|---|---|---|---|
| Wang Wei | Director | Resignation | Personal reason |
| Wu Di | Supervisor | Resignation | Personal reason |

30

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| Li Meng | Director | Appointment | Election |
| Song Xingkai | Supervisor | Appointment | Election |

**(V). Employees in parent company and major subsidiaries**

**1.     Employees**

| | |
|---|---|
| Employees in parent company | 122 |
| Employees in major subsidiaries | 461 |
| Total current employees | 583 |

| Employee Structures | |
|---|---|
| Departments | Employee number |
| Business department | 136 |
| Business support department | 254 |
| Functional department | 145 |
| Others | 48 |
| TOTAL | 583 |

| Education background | |
|---|---|
| Educational level | Headcount |
| Postgraduate | 62 |
| University graduate | 320 |
| Junior college graduate | 184 |
| Others | 17 |
| TOTAL | 583 |

**2.     Compensation policy**

The Company strict complies with the national labor law and pertinent policies in its employee compensation packages. The compensation policy is in line with the Company's strategic direction, and is performance-oriented; position based, and has taken into account of the efficiency and fairness in attracting and retaining the talented personnel to sustain the Company's continuous development. The Company adopts broadband compensation system where the compensation is consisted of three major parts: monthly salary, annual bonus and special incentive.

**3.     training programs**

The Company believes that "continuous learning is the footstool for Vantone's continued progress," and is dedicated to creating a learning culture and learning organization to enhance the overall employee's professionalism and fostering Vantone's corporate culture through systematic employee training and development programs. Vantone focuses on training "Golden managers" based on the requirements of the organization's future growth through development programs to fulfill its future human resources demand.

The Company's training programs include Vantone's corporate culture, new employee training, managerial training and professional training. Through annual management discussions on human resources training requirements, the Company determines and executes its employee

training programs for employees of different levels and different aspects under coordination of its Human Resources department.

**4.   Employee structure by departments**



**5.   Employee structure by educational level**



# VIII.   Corporate Governance Structure

**(I).   Corporate governance and insider registration management**

According to the requirements of China Securities Regulatory Committee and with reference to the current corporate governance, the Company has carried out several special activities including self-inspection,commenting and rectification. Progress has been made. The Company provided regular professional training to subsidiaries' management personnel at all levels, introduced new policies of regulatory authorities to subsidiaries timely, and strengthened their awareness of normative operation to minimize violation of regulations arising from ignorance; The Company adopted the system of law commissioners who are assigned to subsidiaries to participate in contract entering, negotiation and other major operations, controlling legal risks from potential sources.

Currently, the Company does not compete within its industry peers. To regulate and reduce connected transactions, the Company will enhance theexecution of relevant regulations, rationally adjust business structure and improve corporate governance ina continuous manner.

The Company has passed its resolutions on insider management procedures on its Fourth 14th Board meeting (February 10, 2010), and will strictly execute it.

**(II).   Shareholder meeting**

| meeting | Date of meeting | Name of meeting resolutions | Resolution results | Website Search for publishing the resolutions | Date of publishing the resolutions |
|---|---|---|---|---|---|
| Annual General Meeting for 2011 | March 30, 2012 | | All resolutions passed and resolved | www.sse.com.cn | March 31, 2012 |
| First Extraordinary General Meeting of 2012 | February 7, 2012 | | All resolutions passed and resolved | www.sse.com.cn | Feb 8, 2012 |
| Second Extraordinary General Meeting of 2012 | April 16, 2012 | | All resolutions passed and resolved | www.sse.com.cn | April 17, 2012 |
| Third Extraordinary General Meeting of 2012 | June 4, 2012 | | All resolutions passed and resolved | www.sse.com.cn | June 5, 2012 |
| Fourth | July 4, 2012 | | All resolutions | www.sse.com.cn | July 5, 2012 |

Beijing Vantone Real Estate Co., Ltd.   2012 Annual Report

| | | | | | |
|---|---|---|---|---|---|
| Extraordinary General Meeting of 2012 | | | passed and resolved | | |
| Fifth Extraordinary General Meeting of 2012 | July 20, 2012 | | All resolutions passed and resolved | www.sse.com.cn | July 21, 2012 |
| Sixth Extraordinary General Meeting of 2012 | August 15, 2012 | | All resolutions passed and resolved | www.sse.com.cn | August 16, 2012 |
| Seventh Extraordinary General Meeting of 2012 | December 27, 2012 | | All resolutions passed and resolved | www.sse.com.cn | December 28, 2012 |

1.  Below resolutions were passed at 2011 general meetings:
    1)  Review report on the work of the Board of Directors for the year 2011;
    2)  Review report on the work of the supervisory committee for the year 2011;
    3)  Review the Company's 2011 Annual Report and Summary;
    4)  Review the Company's 2011 annual financial report on the accounts;
    5)  Review the report for 2011 profit distribution plan;
    6)  Review and propose the provision for the Company's 2012 annual public charity funds;
    7)  Review the motion to renew engagement with PricewaterhouseCoopers as the company's 2012 annual financial auditing firm;
    8)  Review the motion to provide guarantee for the Hangzhou Vantone Real Estate Co., Ltd.;
    9)  Review the motion of 2012 annual long-term incentive plan;
    10) Review the motion to elect Mr. Li Meng as the Director to the Company's fifth Board of Directors

2.  The Company's 2012 first extraordinary shareholder meeting approved below resolutions:
    1)  Resolution to provide guarantee to its fully-owned subsidiary Tianjin Wanhua Real Estate Co., Ltd. for a trust fund of 60 million RMB.
    2)  Resolution to provide guarantee to its fully-owned subsidiary Tianjin Wanhua Real Estate Co., Ltd. for a construction project of 83,396,562 Yuan.
    3)  Resolution to provide guarantee to its non-fully-owned subsidiary Tianjin Eco-city Wantuo Real Estate Co., Ltd. for a construction project of 23,383,775.21Yuan.
    4)  Resolution to provide guarantee to its subsidiary Tianjin Vantone Fashion Real Estate Co., Ltd. for a trust fund of 27,038,884yuan.

3. The Company's 2012 second extraordinary shareholder meeting approved below resolutions:
   1) Resolution to provide guarantee to its subsidiary Beijing Guangxia Fucheng Real Estate Co., Ltd for a bank loan application from the Beijing branch of Guangdong Development Bank Co., Ltd. totaling 450 million Yuan.

4. The Company's 2012 third extraordinary shareholder meeting approved below resolutions:
   1) Resolution to modify the relevant provisions of the Articles of Association of the Company;

5. The Company's 2012 fourth extraordinary shareholder meeting approved below resolutions:
   1) Resolution to provide guarantee to Tianjin Chengkai Real Estate Co., Ltd. for 150.4 million RMB;

6. The Company's 2012 fifth extraordinary shareholder meeting approved below resolutions:
   1) Resolution to provide guarantee to Beijing Vantone Longshan Tiandi Real Estate Co., Ltd. for 100 million RMB;

7. The Company's 2012 sixth extraordinary shareholder meeting approved below resolutions:
   1) Resolution to resolve the motion of the Company's 2012 semi-annual profit distribution plan;
   2) Resolution to elect Mr. Song Xingkai as the supervisor for the Company's fifth Supervisory Committee;
   3) Resolution to modify certain terms in the Company's Articles of Association.

8. The Company's 2012 seventh extraordinary shareholder meeting approved below resolutions:
   1) Resolution to provide guarantee to Beijing Guangxia Fucheng Real Estate Co., Ltd for a loan application from Huarun Shenguo Trust and Investment Trust Co., Ltd. of 200 million Yuan.

**(III). Director's Performance of their Duties**

**1. Attendance of the Board meetings and Shareholder Meetings by Directors and Shareholders**

| Name of Directors | Whether an Independent Director | Attendance of the Board meetings by Directors | | | | | | Attendance of the Shareholder Meetings by Shareholders |
|---|---|---|---|---|---|---|---|---|
| | | Required attendance of Board meetings in the year | Attending in person (times) | Attending by way of telecommunication | Attending by proxy (times) | Absence (times) | Whether attending by proxy twice in a row | Number of attendance of Shareholder meetings |

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| Xu Li | No | 12 | 12 | 10 | 0 | 0 | No | 8 |
|---|---|---|---|---|---|---|---|---|
| Yao Peng | No | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Yun Dajun | No | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Zheng Yi | No | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Wang Wei | No | 2 | 2 | 1 | 0 | 0 | No | 0 |
| Sun Hua | No | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Zhang Guoan | No | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Peng Xuefeng | Yes | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Wang Bing | Yes | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Yu Xiaolei | Yes | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Du Lihong | Yes | 12 | 12 | 10 | 0 | 0 | No | 1 |
| Li Meng | No | 9 | 9 | 8 | 0 | 0 | No | 1 |

| | |
|---|---|
| Number of Board meetings held during the year | 12 |
| Including: On-site meeting | 2 |
| Meetings held by way of telecommunication | 10 |
| Meetings held by way of a combination of on-site meeting and telecommunication | 0 |

**2.    Objections raised by the Independent directors on relevant matters**

During the reporting period, the independent directors did not challenge the resolutions of the Board of Directors of non-Board related resolutions of the Company for the year.

**(IV). Significant comments and recommendations raised by the Special Committee under the Board in fulfilling fiduciary duties during the reporting period.**

During the reporting period, Audit Committee carried out two primary tasks. First, established and improved internal control system, which is responsible for the company's internal control work in accordance with relevant provisions of the regulatory authorities; Second, fully participated in the company's 2012 annual financial audit work, and provided relevant resolutions and issued relevant documents.

During the reporting period, the Compensation Committee completed management performance evaluation and improved remuneration policies.

**(V).  Statement of risk factors detected by the Company's Supervisory Committee.**

There is no objection raised by Supervisory Committee during the reporting period.

**(VI). Statement of Company in its inability to guarantee the independence and independent operations in association of its controlling shareholder in the business, personnel, assets, organization and financial areas.**

None

**(VII).    Evaluation system for the senior management team during the reporting period and the establishment and implementation of incentive mechanism.**

During the reporting period, the Company established the remuneration standards for Directors, Supervisors and senior management with reference to the industry average, job duties, and performance and in accordance with the resolutions regarding the compensation and profit distribution plan for Director, Supervisory and senior management as approved on its shareholder meetings and board meetings. From March 30, 2012, the 2012 long-term incentive plan approved by the 2011 Annual General Meeting of shareholders in being carried out.

# IX. Internal Control

**(I).   Statement and update of Internal Control System**

Under the joint efforts of the Board of Directors, Supervisory Committee, the Management and the whole staff, the Company has established a complete set of internal control system covering from the level of corporate governance to all levels of its operation process. The Board is in charge of establishment and implementation of a sound and effective internal control system, while the Supervisory Committee exerts supervision of the Board's work thereof. The management is in charge of day-to-day operation of the system. Audit Committee of the Board supervises the establishment and implementation of a sound and effective internal control system as well as the self-assessing thereof. The Audit Department is under direct leadership of the Audit Committee and supervised and guided by Supervisory Committee in conducting its daily work, thus ensuring the independence of its organization, staff and operation.

Reference of the Company's Self-evaluation Report on Internal Control can be found at Shanghai Stock Exchange website http://www.sse.com.cn under the press release filed by the Company on March 15, 2013.

**(II).   Liability Statement of material defects in the Annual Report and Implementation**

The Liability Statement of material defects in the Annual Report was considered and approved at the 17th meeting of the fourth Board meeting of the Company on 8 March, 2011.

1)   No material accounting errors corrected during the reporting period

2)   No material omissions added during the reporting period

3)   No performance forecast amended during the reporting period

# X.  inancial Report

The Company's annual financial report has been audited by Liu Lei and PengXiaofeng from PricewaterhouseCoopers ZhongTian CPAs Li mited Company,    who issued a standard unqualified Auditors' Report for the Company.

(I).  Auditor's report

## Auditor's report

(2013) PricewaterhouseCoopers ZhongTianShenZi No.10002
(Page one, total of 2 pages)

To all shareholders of Beijing Vantone Estate Company Limited:

We have audited the accompanying financial statements of Beijing Vantone Real Estate Company Limited (the Company), which contains Balance Sheet and Consolidated Balance Sheet as at 31 December 2012, Income Statement and Consolidated Income Statement, Statement of Changes in Equity and Consolidated Statement of Changes in Equity, Cash Flow Statement and Consolidated Cash Flow Statement as well as Notes to Financial Statements for the year 2012.

**(I).    Management's Responsibility for the Financial Statements**

Management of the Company is responsible for the preparation and fair presentation of these financial statements in accordance with China Accounting Standards. The responsibilities include:

1) Preparing financial statements in accordance with the Accounting Standards for Business Enterprises so as to ensure fair presentation thereof;
2) Design, implementation and maintain internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error,

(2013) PricewaterhouseCoopers Zhong Tian Shen Zi No.10002

(Page two, total of 2 pages)

**(II).   Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with Auditing Standards of Chinese Certified Public Accountants. Those standards require that we comply with ethical codes for Chinese certified public accountants, plan and perform the audit to obtain reasonable assurance whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the certified public accountants consider internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the financial statements

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**(III).**   Audit Opinion

In our opinion, the financial statements present fairly, in all material respects, the consolidated financial position and financial position of Vantone Real Estate as of 31 December 2012, and the consolidated operating results and operating results as well as the cash flows of Vantone Real Estate for the year 2011 in accordance with Accounting Standard for Business Enterprises.

PricewaterhouseCoopers Zhong Tian
CPAs Limited Company

China Shanghai                          Certified Public Accountant   Liu Lei

**March 13 2013**                        Certified Public Accountant   Peng Xiaofeng

(I).    **Financial Statement**

**Aggregate Balance Sheet**
Dec.31st ,2012
Company Name: Beijing Vantone Real Estate Co., Ltd.

MONETARY UNIT: Yuan Currency: RMB

| Projects | notes | Balance at the end of year | Balance at the beginning of year |
|---|---|---|---|
| Current Assets | | | |
| Cash | Ⅴ(1) | 1,738,332,325 | 1,673,278,966 |
| Provision of settlement fund | | | |
| Lendings to Banks and Other financial institutions | | | |
| Financial assets held for trading | | | |
| Notes receivable | | | |
| Accounts receivable | Ⅴ(2) | 1,565,322 | 21,432,641 |
| Advance to Suppliers | Ⅴ(4) | 486,684,194 | 459,547,001 |
| Insurance premiums receivable | | | |
| Reinsurance accounts Receivable | | | |
| Provision for reinsurance accounts receivables | | | |
| Accrued interest receivable | | | |
| Dividend receivable | | | |
| Other receivable | Ⅴ(3) | 581,406,706 | 452,884,894 |
| Redemptory monetary capital for Sale | | | |
| Inventories | Ⅴ(5) | 4,539,895,859 | 5,190,060,797 |
| Current portion of non-current assets | | | 87,893 |
| Other current assets | | | |
| Total current assets | | 7,347,884,406 | 7,797,292,192 |
| Non-current assets： | | | |
| Loans and payments on behalf | | | |
| Available for sale financial assets | Ⅴ(6) | 140,000,000 | 140,000,000 |
| Held to maturity Investment | | | |
| Long term accounts receivable | Ⅴ(15) | 227,898,297 | 221,504,714 |
| Long term equity investment | Ⅴ(7) | 434,623,725 | 577,484,748 |
| Investment real estate | Ⅴ(9) | 750,401,916 | 775,246,777 |

Beijing Vantone Real Estate Co, Ltd.   2012 Annual Report

| | | | |
|---|---|---|---|
| Fixed assets | V (10) | 32,739,683 | 38,709,850 |
| Construction in process | | | |
| Construction supplies | | | |
| Disposal of fixed assets | | | |
| Production of biological assets | | | |
| Oil and natural gas assets | | | |
| Intangible assets | V (11) | 853,204 | 963,133 |
| Research and development cost | | | |
| Goodwill | | | |
| Long-term deferred expenses | V (13) | 16,138,427 | 23,771,557 |
| Deferred income tax Assets | V (14) | 143,467,290 | 80,791,065 |
| Other non-current assets | V (16) | 1,652,000,000 | 1,652,000,000 |
| Other non-current assets | | 3,398,122,542 | 3,510,471,844 |
| Total assets | | 10,746,006,948 | 11,307,764,036 |
| CURRENT LIABILITIES: | | | |
| Short-term borrowings | V (18) | 278,819,221 | 383,864,514 |
| Borrowings from the central bank | | | |
| Deposits and interbank deposits | | | |
| Deposit funds | | | |
| Financial assets held for liabilities | | | |
| Notes payable | | | |
| Accounts payable | V (19) | 1,180,707,848 | 1,066,716,450 |
| Advance from customers | V (20) | 1,300,048,840 | 2,019,514,690 |
| Funds from sales of financial assets with repurchase agreement | | | |
| Commission payable | | | |
| Payroll payable | V (21) | 62,379,891 | 67,303,837 |
| Tax payable | V (22) | 598,699,674 | 560,691,799 |
| Accrued interest payable | V (23) | 23,201,941 | 35,190,891 |
| Dividend payable | | | |
| Other accounts payable | V (24) | 163,432,845 | 120,445,692 |
| Reinsurance payables | | | |
| Provision for insurance contracts | | | |
| Funds received as agent for securities trading | | | |
| Funds received as agent for securities underwriting | | | |
| Current portion of non-current assets | V (25) | 530,495,368 | 847,872,000 |

Beijing Vantone Real Estate Co., Ltd.  2012 Annual Report

| | | | |
|---|---|---|---|
| Other current liabilities | | | |
| Total current liabilities | | 4,137,785,628 | 5,101,599,873 |
| Non-current liabilities | | | |
| Long-term borrowings | Ⅴ(26) | 702,283,250 | 1,023,460,350 |
| Bonds payable | Ⅴ(27) | 993,936,866 | 991,015,263 |
| Long-term accounts payable | Ⅴ(28) | 77,898,297 | 71,504,714 |
| Special accounts payable | | | |
| Accrued liabilities | | | |
| Deferred tax liabilities | | | |
| Other non-current Liabilities | Ⅴ(29) | 808,751,170 | 343,601,134 |
| Total non-current liabilities | | 2,582,869,583 | 2,429,581,461 |
| Total liabilities | | 6,720,655,211 | 7,531,181,334 |
| Owner' equity (or shareholders )： | | | |
| Paid-in Capital（or capital stock） | Ⅴ(30) | 1,216,800,000 | 1,216,800,000 |
| Capital surplus | Ⅴ(31) | 986,682,960 | 986,682,960 |
| Minus: Treasury share | | | |
| Special reserve | | | |
| Surplus reserve | Ⅴ(32) | 135,210,154 | 122,014,669 |
| Provision for general risks | | | |
| Undistributed profits | Ⅴ(33) | 1,186,423,121 | 970,789,319 |
| Exchange differences on translating foreign operations | | -2,208,526 | -2,304,350 |
| Total owner' equities of parent company | | 3,522,907,709 | 3,293,982,598 |
| Minority interests | Ⅴ(34) | 502,444,028 | 482,600,104 |
| Total Owner' Equities | | 4,025,351,737 | 3,776,582,702 |
| Total Liabilities and Owner' equities | | 10,746,006,948 | 11,307,764,036 |

Legal Representative: Xu Li    Accountant: Xu Xiaoyang    Accountant Officer: Shi Ying

**Balance Sheet of Parent Company**
Dec.31st ,2012

Company Name: Beijing Vantone Real Estate Co., Ltd.

MONETARY UNIT:Yuan    Currency: RMB

| Projects | Notes | balance at the end of year | balance at the beginning of year |
|---|---|---|---|
| Current Assets: | | | |
| Cash | | 313,088,286 | 398,090,312 |
| Financial assets held for trading | | | |